E-FILED
10/15/2019 6:14 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

## IN THE CHANCERY COURT OF TENNESSEE
## 20TH JUDICIAL DISTRICT

### BUSINESS COURT PILOT PROJECT

| | | |
|---|---|---|
| LANCER TISDALE, on behalf of himself and all others similarly situated, | ) ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | Case No: 19-400-BC |
| WILSON BANK AND TRUST, | ) ) ) | |
|     Defendant. | ) ) | |

---

### ORDER DENYING
### DEFENDANT WILSON BANK AND TRUST'S MOTION TO DISMISS
### PLAINTIFF LANCER TISDALE'S SECOND AMENDED COMPLAINT

---

This matter came before the Court on the 30th of September, 2019. For the reasons set forth in the attached Transcript of Court Proceedings, the Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Entered this _____ day of _____, 2019.

The Honorable Joseph P. Binkley, Jr.
Judge, Business Court Pilot Project

EXHIBIT 2

PREPARED FOR ENTRY BY:

/s/ Martin F. Schubert
J. Gerard Stranch, IV, BPR #23045
Benjamin A. Gastel, BPR #28699
Martin F. Schubert, BPR #35313
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
martys@bsjfirm.com

Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ltoops@cohenandmalad.com

Christopher D. Jennings
THE JOHNSON FIRM
2226 Cottondale Lane, Suite 210
Little Rock, AR 72202
Telephone: (501) 372-1300
chris@yourattorney.com

*Counsel for Plaintiff and the Proposed
Plaintiff Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2019, a copy of the above document has been delivered to the following persons by Electronic Mail and/or United States mail first class to:

Jonathan Cole, Esq.
Sye Hickey, Esq.
Baker, Donelson, Bearman, Caldwell
    & Berkowitz, P.C.
211 Commerce St., Ste. 800
Nashville, TN 37201
jcole@bakerdonelson.com
shickey@bakerdonelson.com

R. Mark Glover, Esq.
Matthew S. Mulqueen, Esq.
Baker, Donelson, Bearman, Caldwell
    & Berkowitz, P.C.
165 Madison Ave., Ste. 2000
Memphis, TN 38103
mglover@bakerdonelson.com
mmulqueen@bakerdonelson.com

                                        */s/ Martin F. Schubert*
                                        Martin F. Schubert

```
1                IN THE DAVIDSON COUNTY CHANCERY COURT

2                           AT NASHVILLE

3

4

5    LANCER TISDALE, on behalf of        )

6    himself and all other similarly     )

7    situated,                           )

8                                        )

9       Plaintiff,                       )

10                                       )

11   V.                                  )19-400-II

12                                       )

13   WILSON BANK AND TRUST,              )

14                                       )

15      Defendant.                       )

16                                       )

17   ---------------------------------------------------------

18              TRANSCRIPT OF COURT PROCEEDINGS

19       THE HONORABLE JOE P. BINKLEY, JR., PRESIDING

20                    SEPTEMBER 30, 2019

21   ---------------------------------------------------------

22

23                    BRIGGS & ASSOCIATES
                         LEA ANNE GRAY
24           222 Second Avenue North, Suite 340M
                    Nashville, Tennessee 37201
25                     (615) 615-390-6825
```

1                              A P P E A R A N C E S

2

3    **FOR THE PLAINTIFF:**
     J. GERARD STRANCH, IV, ESQUIRE
4    Branstetter, Stranch & Jennings, PLLC
     223 Rosa L. Parks Avenue, Suite 200
5    Nashville, Tennessee  37203

6    LYNN A. TOOPS, ESQUIRE
     Cohen & Malad, LLP
7    One Indian Square, Suite 1400
     Indianapolis, IN  46204

8

9    **FOR THE DEFENDANT:**
     JONATHAN COLE, ESQUIRE
10   SYE HICKEY, ESQUIRE
     Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
11   Banker Donelson Center
     211 Commerce Street, Suite 800
12   Nashville, Tennessee  37201

13   MATTHEW S. MULQUEEN, ESQUIRE
     Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
14   First Tennessee Building
     165 Madison Avenue, Suite 2000
15   Memphis, Tennessee  38103

16

17

18

19

20

21

22

23

24

25

1    and, therefore, they have not stated a claim.  Thank

2    you.

3              THE COURT:  All right.  Very good.  I

4    know this is a business court case, and the model is

5    for me to do an order.  My colleagues have

6    continually told me that I am doing too much in this

7    job, but it's really not as much as I did in private

8    practice, but it is a lot.  So I'm going to give you

9    an opinion today.  It's going to be verbal, but it's

10   going to be on the record, and an order can be

11   prepared from the verbal ruling.  I've got way too

12   much to do to take things under advisement, and

13   particularly this month is one of those months that I

14   am jam-packed.  And I did it to myself, but that's

15   just the way it is.  So I've got to keep moving.  And

16   I know this better right now than I will know it

17   tomorrow or six months from now.  So I'm going to do

18   it today.  So y'all just stand by, and I'll give you

19   an opinion shortly.  Thank you.

20   (Whereupon, after a short break, the following

21   proceedings were had.)

22             THE COURT:  All right.  So thank y'all,

23   again, for being patient and waiting on me to get my

24   thoughts together.  So here we go.  First of all, in

25   reviewing the exhibits, which were attached to the

1    complaint, which, of course, I'm entitled to consider

2    in determining a motion to dismiss -- actually, what

3    I wanted to do for the record, before doing this, is

4    to state the standard for a 12.02(6) motion to

5    dismiss, as stated in Webb v. Nashville Area Habitat

6    for Humanity, 346 S.W.3d 422, our State Supreme Court

7    of Tennessee 2011 opinion.

8         And at Page 426 of that opinion, The Court

9    states the following:  A Rule 12.02(6) motion

10   challenges only the legal sufficiency of the

11   complaint, not the strength of the plaintiff's proof

12   or evidence.  The resolution of a 12.02(6) motion to

13   dismiss is determined by examination of the pleadings

14   alone, and, of course, any attachments to the

15   pleadings, which we have Exhibits A, B, C and D,

16   which are a part of my consideration, because they're

17   attached to the complaint.

18        And to continue with the quote from Webb, A

19   defendant who files a motion to dismiss admits the

20   truth of all of the relevant and material allegations

21   contained in the complaint, but asserts that the

22   allegations fail to establish a cause of action.

23        In considering a motion to dismiss, the courts

24   must construe the complaint liberally, presuming all

25   factual allegations to be true, and giving the

1    plaintiff the benefit of all reasonable inferences.

2    Trial courts should grant a motion to dismiss only

3    when it appears that a plaintiff can prove no set of

4    facts in support of the claim that would entitle the

5    plaintiff to relief.  So I'm following that mandate,

6    which I am required to do, as cited in Webb v.

7    Nashville Area Habitat for Humanity.

8         All right.  So in reviewing, I tried to write

9    some of this out, and, really, my handwriting is

10   horrible.  I tried to keep my thoughts together.  I

11   might hesitate a little bit, but I want to make sure

12   that I'm stating it succinctly for the record that's

13   being kept by this fine court reporter here, which I

14   appreciate.

15        So Exhibit A to the complaint, among other

16   things, contains a portion of the contract that

17   Wilson Bank and Trust has with the Plaintiff and all

18   other customers.  And this contract is, of course, a

19   part of the complaint, because it was attached.  So

20   Exhibit A is entitled Your Deposit Account, Terms and

21   Conditions.  And the portion of part of the contract

22   entitled Statements is one of the areas that was

23   argued today.  But as we pointed out, we don't really

24   have any statements in the record, at this time.

25   Mr. Stranch pointed me to a statement, but it's not

1   something that I can consider today.  Therefore, I

2   don't think I can consider anything about that

3   portion of the contract entitled Statements.

4        And, of course, that portion states the

5   following, and it's very tiny, so I'm going to take

6   it slow and make sure I get it correct.  I'm going to

7   cite it for the record.  You must examine your

8   statement of account with reasonable promptness.  If

9   you discover or reasonably should have discovered any

10  unauthorized signatures, alterations, incorrect

11  payment amounts, or missing or incorrectly credited

12  deposits, you must promptly notify us of the relevant

13  facts.  As between you and us, if you fail to do

14  either of these duties, you will have to bear the

15  loss yourself, unless you prove that we did not pay

16  the item in good faith.  The loss could be not only

17  with respect to items on the statement, but other

18  items, unauthorized signature or signatures by the

19  same wrongdoer.  You agree that the time you have to

20  examine your statement and report to us will depend

21  on the circumstances, but will not in any

22  circumstance exceed a total of 30 days from when the

23  statement is first sent or made available to you.

24       You further agree -- this is the portion that

25  was argued more than any of the other part of the

1    statements portion of the contract.  This paragraph
2    continues, under statements, as follows:  You further
3    agree that if you fail to report any unauthorized
4    signatures, alterations, forgeries, incorrect payment
5    amounts, missing or incorrect credited deposits or
6    any other errors to your account within 60 days of
7    when we first send or make the statement available,
8    you cannot assert a claim against us on any items in
9    that statement.  As between you and us, the loss will
10   be entirely yours.  This 60-day limitation is without
11   regard to whether we use good faith.  The limitation
12   of this paragraph is in addition to that maintained
13   -- I'm sorry.  Let's see.  I have a hard time reading
14   it -- is in addition to that contained in the first
15   paragraph of this section.
16          Okay.  So there was no discussion of this
17   portion of the contract in the complaint.  There is
18   not an answer that's been filed by Wilson Bank and
19   Trust, the Defendant.  So The Court, I cannot
20   consider the bank's argument that these alleged
21   errors were not reported by the Plaintiff within 60
22   days within receiving the statement or within 60 days
23   of when the statement was made available to the
24   Plaintiff.  So, basically, this issue is not before
25   me, at this time.

```
 1          All right.  So then let me just comment on
 2     Exhibit B to the second amended complaint.  There are
 3     several duplications in Exhibit B that are in Exhibit
 4     A, and C and D.  And, really, it wasn't discussed, so
 5     I'm not really going to discuss it.  So it wasn't
 6     discussed in this argument.  I know we had some
 7     discussion in the papers.  But a good bit of that may
 8     have been -- that discussion may have been with the
 9     counts that have been removed by the Plaintiff
10     voluntarily.
11          So then we turn to Exhibit C.  So the first --
12     well, there are two pages in Exhibit C.  The first
13     page is entitled, again, Additional Deposit Account,
14     Terms and Conditions.  And the paragraph that has
15     been referenced in our argument and, more
16     specifically, discussed in the papers filed by
17     counsel of the parties, is the paragraph entitled
18     Payment Order of Items.  And I'm going to read the
19     paragraph for the record.  That paragraph reads as
20     follows:  The law permits us to pay items, such as
21     checks or drafts, drawn on your account in any order.
22     We generally pay electronic transactions first, and
23     then checks in serial number order.  If an item is
24     presented without sufficient funds in your account to
25     pay it, we may, at our discretion, pay the item
```

1   (creating an overdraft) or return the item (NSF).

2   For amounts of the overdraft and NSF fees, refer to

3   product/fee brochure.  And that is Exhibit D.

4        The paragraph entitled Payment Order of Items

5   continues to read as follows:  We encourage you to

6   make careful records and practice good account

7   management.  This will help you avoid writing checks

8   or drafts without sufficient funds and incurring the

9   resulting fees.

10        So the Plaintiff, as a customer of the

11  Defendant, Wilson Bank and Trust, has an

12  interpretation of this portion of the contract, and

13  the Plaintiff's interpretation is that in this

14  portion of the contract, the bank promises they will

15  not charge more than one fee on a returned item, no

16  matter how many times the merchant may present that

17  item to the bank for payment.  And, therefore, the

18  Plaintiff's position is that if the bank does that,

19  and the bank has done that, then the bank has

20  breached their promise not to charge multiple fees

21  for multiple presentations of the same item when the

22  Plaintiff, customer, does not have sufficient funds

23  for the bank to pay the merchant the item, pay the

24  item that is presented by the merchant.  And, of

25  course, all of this is premised on the fact that the

1    Plaintiff, or the customer, does not have sufficient

2    funds in his account to pay this item when the item

3    is presented on multiple occasions to the bank for

4    payment.

5         So I think my next inquiry is then to determine

6    whether or not this interpretation of the bank's

7    contract on the Plaintiff is what the courts have

8    called "a reasonable interpretation".  And in making

9    this inquiry, what I have to look at is the language

10   of the contract to determine if that interpretation

11   is reasonable.  So the language in Exhibit C,

12   specifically, the paragraph that is entitled Payment

13   Order of Items, could have been more clear in the

14   portion of this paragraph that is payment order of

15   items where it says -- and so here is the quote.  I

16   need to do the entire sentence.  If an item is

17   presented without sufficient funds in your account to

18   pay it, we may, at our discretion, pay the item

19   (creating an overdraft), which, really, is not part

20   of the discussion today.  But my observation is that

21   it could have been more clear.  That portion of that

22   sentence could have said, after paying the item,

23   creating an overdraft, which would include the

24   customer paying a fee to the bank.  But the or part

25   is what we are talking about today, or return the

1  item (NSF).  And, again, I believe it could have been

2  helpful if the language had said, in that case, the

3  customer would be charged a fee.

4       The complaint does contain language from other

5  bank contracts that makes it clearer, and that's

6  specifically referenced in the second amended

7  complaint at Paragraphs 43 and 44.  Paragraph 43

8  states First Hawaiian Bank.  It includes similar

9  disclosure in its online banking agreement in all

10  capital letters as follows:  You agree that multiple

11  attempts may be made to submit a returned item for

12  payment and that multiple fees may be charged to you

13  as a result of a returned item and resubmission.

14  That's just an example of what it could have been in

15  the Wilson Bank and Trust contract that would have

16  made it clearer to the customer, the Plaintiff in

17  this case.

18       Paragraph 44, Klein Bank similarly states in its

19  online banking agreement as follows:  We will charge

20  you an NSF/overdraft fee each time, one, a bill

21  payment, electronic or check, is submitted to us for

22  payment from your bill payment account when at the

23  time of posting, your bill payment account is

24  overdrawn, would be overdrawn if we paid the item

25  (whether or not we, in fact, pay it) or does not have

1   sufficient available funds; or, two, we return,

2   reverse, or decline to pay an item for any other

3   reason authorized by the terms and conditions

4   governing your bill payment account.  We will charge

5   an NSF/overdraft fee as provided in this section

6   regardless of the number of times an item is

7   submitted or resubmitted to us for payment,

8   regardless of whether we pay the item, or return,

9   reverse, or decline to pay the bill payment.

10       Now, looking at Exhibit D, and that is a

11   one-page exhibit, it's the Wilson Bank and Trust fee

12   schedule.  The term returned item fee is stated in

13   the fee schedule, but it is not stated in the plural.

14   It's only the singular, returned item fee, not return

15   item fees.  And it was pointed out by Mr. Stranch, it

16   would have helped the understanding of the customer

17   if there had been an S on the word fee.  And then

18   looking at the fee schedule, as, again, pointed out

19   by Mr. Stranch, there is not a definition or a

20   statement of what "NSF" means, and whether or not --

21   no statement of what it means or what charges there

22   may be for an NSF.

23       So in looking at all of these contract

24   provisions, which I have previously discussed, The

25   Court is of the opinion that the Plaintiff's

1    interpretation of these provisions of the contract is

2    a "reasonable interpretation" at this time.  And at

3    this time, The Court finds that the contract is

4    ambiguous in those areas.  Therefore, Count Two of

5    the Plaintiff's second amended complaint, which is

6    the breach of contract claim, survives the motion to

7    dismiss for failure to state a claim.

8         Count Three, which is Plaintiff's claim for

9    breach of the covenant of good faith and fair

10   dealing, which the claim, really, is a part of -- is

11   attached to the breach of contract claim, and,

12   therefore, the breach of covenant of good faith and

13   fair dealing also survives  the motion to dismiss for

14   failure to state a claim.

15        And Count Four, which is the claim for unjust

16   enrichment -- and I might state that the claim for

17   unjust enrichment, our case law states that the claim

18   for unjust enrichment, the quasi contract, contracts

19   implied in law and/or claim for quantum meruit are

20   all the same, as cited in Paschall's, Inc. v. Dozier.

21   And that's 407 S.W.2d 150.  And the specific portion

22   of that opinion, Page 53, states the following:

23   Actions brought by theories of unjust enrichment,

24   quasi contract, contracts implied in law and quantum

25   meruit are essentially the same.  Courts frequently

72

1    employ the various terminology interchangeably to

2    describe that class of implied obligations where, on

3    the basis of justice and equity, the law will impose

4    a contractual relationship between parties,

5    regardless of their assent thereto.

6         But at the same time, it is an alternative

7    pleading, claim, alternative claim and plea, to

8    breach of contract.  So it only becomes applicable,

9    that is Count Four, claim for unjust enrichment, in

10   the event The Court may later find that the breach of

11   contract claim for some reason may become dismissed.

12   So for now, even though they are alternative claims,

13   the alternative claim of unjust enrichment, will

14   remain and will survive the motion to dismiss for

15   failure to state a claim, because, as I stated, it is

16   an alternative claim to breach of contract.  And we

17   don't know what the future holds for any of the

18   claims, but that remains as an alternative claim to

19   breach of contract.

20        And I think I have covered everything.  Does

21   anybody have any questions?  I may not be able to

22   answer them, but I'll be glad to field them.

23              MR. STRANCH:  Nothing from the

24   Plaintiffs.  Thank you, Your Honor.

25              MR. MULQUEEN:  Nothing from the

```
 1   Defendant.  Thank you.
 2                THE COURT:  Very good.  Well, thank you
 3   very much.  Both sides, a great job with
 4   presentation.  I really appreciate the hard work that
 5   y'all do on all of these cases, particularly these
 6   cases that I don't see much of.  I really appreciate
 7   the education.  Y'all did a great job doing that.
 8   And even though a lot of the argument was basically
 9   background and really not anything I could consider
10   on a motion to dismiss for failure to state a claim,
11   both from the Plaintiff and the Defendant, it helped
12   me understand, and I appreciate it.  So thank y'all
13   very much.
14                MR. STRANCH:  Thank you, Your Honor.
15                MR. MULQUEEN:  Thank you, Your Honor.
16   (Whereupon, no further proceedings were had relevant
17   to this cause.)
18
19
20
21
22
23
24
25
```

CERTIFICATE

I, Lea Anne Gray, court reporter for the State of Tennessee, do hereby certify that the foregoing transcript was recorded stenographically by me and reduced to typewritten form by me.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript, to the best of my ability, of the testimony given by the said witness at the time and place specified herein.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of October, 2019.

_____

LEA ANNE GRAY, LCR 445

Court Reporter for the

State of Tennessee

## $

**$14** [1] - 45:6
**$149** [1] - 42:9
**$149.19** [1] - 16:6
**$20** [1] - 45:3
**$24** [2] - 35:11, 35:15
**$36** [8] - 16:8, 16:16, 30:11, 30:12, 30:13, 36:4, 36:5, 36:17
**$38** [2] - 43:11, 43:16

## 1

**10** [1] - 6:24
**12.02** [1] - 40:8
**12.02(6** [3] - 63:4, 63:9, 63:12
**1400** [1] - 2:7
**15** [2] - 6:24, 39:10
**150** [1] - 72:21
**15th** [1] - 13:19
**165** [1] - 2:14
**19-400-II** [1] - 1:11
**1982** [1] - 5:5
**1987** [2] - 5:2, 6:17
**1995** [1] - 5:1

## 2

**200** [1] - 2:4
**2000** [1] - 2:14
**2010** [1] - 5:16
**2011** [1] - 63:7
**2016** [1] - 18:23
**2017** [1] - 16:6
**2019** [2] - 1:20, 75:18
**21** [2] - 4:24, 16:6
**211** [1] - 2:11
**222** [1] - 1:24
**223** [1] - 2:4
**22nd** [1] - 42:18
**25** [1] - 46:16
**28** [1] - 16:11
**29th** [1] - 16:17

## 3

**30** [3] - 1:20, 39:23, 65:22
**30-day** [2] - 21:6, 21:7
**30th** [1] - 42:20
**340M** [1] - 1:24
**346** [1] - 63:6
**37201** [2] - 1:24, 2:12
**37203** [1] - 2:7
**38** [1] - 31:11
**38103** [1] - 2:15

## 4

**407** [1] - 72:21
**422** [1] - 63:6
**426** [1] - 63:8
**43** [4] - 32:9, 48:23, 70:7
**44** [6] - 48:13, 48:17, 48:24, 48:25, 70:7, 70:18
**445** [1] - 75:20
**46204** [1] - 2:7
**47** [1] - 27:15
**49** [1] - 27:24
**4th** [1] - 75:18

## 5

**5** [2] - 44:25, 45:1
**5/23** [1] - 42:16
**50** [1] - 16:5
**51** [1] - 16:10
**53** [1] - 72:22
**59** [1] - 46:12

## 6

**60** [11] - 18:10, 18:12, 19:19, 21:25, 24:2, 28:10, 52:10, 61:12, 66:6, 66:21, 66:22
**60-day** [7] - 19:23, 21:5, 21:8, 22:16, 23:18, 24:1, 66:10
**615** [1] - 1:25
**615-390-6825** [1] - 1:25
**687** [1] - 23:1

## 7

**70** [1] - 5:6

## 8

**800** [1] - 2:11

## 9

**938** [1] - 22:25

## A

**abide** [1] - 18:24
**ability** [1] - 75:10
**able** [3] - 55:14, 56:10, 73:21
**absolutely** [2] - 39:11, 41:9
**accepted** [1] - 40:10
**access** [2] - 26:4, 26:7
**according** [2] - 28:24, 45:16
**accordingly** [2] - 47:16, 47:20
**account** [50] - 7:11, 7:12, 9:13, 13:5, 13:9, 13:10, 13:20, 13:23, 14:1, 14:7, 15:10, 18:9, 18:12, 18:23, 19:1, 19:3, 19:6, 19:19, 20:14, 22:12, 27:18, 28:11, 29:1, 29:6, 31:17, 35:6, 35:10, 37:7, 37:8, 37:15, 41:14, 42:11, 42:22, 44:4, 47:21, 51:21, 53:13, 54:7, 58:22, 60:1, 65:8, 66:6, 67:21, 67:24, 68:6, 69:2, 69:17, 70:22, 70:23, 71:4
**Account** [3] - 28:22, 64:20, 67:13
**accounts** [1] - 7:6
**accurate** [1] - 46:3
**ACH** [5] - 12:21, 12:23, 12:24, 13:11, 13:22
**acknowledge** [1] - 24:16
**act** [5] - 24:5, 24:6, 38:9, 38:11, 50:16
**action** [7] - 10:25, 17:6, 17:8, 38:25, 57:18, 63:22, 75:16
**actions** [4] - 52:12, 57:23, 57:24, 72:23
**active** [1] - 5:13
**acts** [2] - 23:21, 36:22
**actual** [20] - 17:16, 17:17, 18:4, 18:14, 26:8, 26:20, 27:6, 30:22, 31:20, 31:22, 32:2, 32:23, 35:13, 35:16, 37:20, 40:5, 48:16, 53:9, 53:11, 56:22
**addition** [7] - 19:25, 21:1, 21:2, 21:4, 21:16, 66:12, 66:14
**Additional** [2] - 28:22, 67:13
**additional** [1] - 48:3
**address** [1] - 59:6
**addressing** [2] - 23:1, 35:1
**adhesion** [1] - 22:10
**adhesive** [1] - 23:2
**admit** [1] - 35:17
**admits** [1] - 63:19
**admitting** [1] - 25:9
**adopting** [1] - 31:6
**ads** [1] - 5:4
**advantage** [2] - 6:6, 6:12
**advertisements** [1] - 5:10
**advertises** [1] - 5:6
**advisement** [1] - 62:12
**afterwards** [1] - 49:18
**ago** [2] - 5:18, 6:25
**agree** [10] - 19:15, 20:25, 26:6, 30:4, 38:24, 48:17, 65:19, 65:24, 66:3, 70:10
**agreed** [7] - 18:24, 22:4, 22:11, 23:7, 26:11, 42:4, 43:4
**agreement** [30] - 14:4, 17:8, 18:8, 19:1, 20:2, 20:5, 20:8, 22:4, 22:12, 23:10, 24:18, 25:4, 27:10, 27:11, 28:20, 30:20, 32:24, 33:1, 33:2, 35:5, 35:6, 35:13, 36:15, 38:16, 53:21, 61:19, 61:22, 70:9, 70:19
**agreement's** [1] - 32:20
**agreements** [4] - 23:2, 31:17, 53:13, 53:19
**agrees** [1] - 26:25
**allegation** [12] - 6:8, 7:19, 7:23, 23:1, 24:25, 25:1, 28:19, 31:12, 35:14, 46:10, 46:14, 54:11
**allegations** [12] - 8:20, 17:16, 37:3, 40:5, 40:10, 53:4, 55:19, 55:20, 56:11, 63:20, 63:22, 63:25
**allege** [5] - 21:23, 21:25, 24:21, 24:22, 36:9
**alleged** [8] - 8:23, 14:19, 15:3, 26:14, 27:3, 27:7, 31:10, 35:3, 55:16, 56:14, 61:24, 66:20
**allegedly** [1] - 56:1
**alleges** [3] - 6:4, 16:5, 20:2
**allow** [3] - 26:15, 40:19, 54:14
**allowed** [2] - 17:12, 54:16
**allows** [1] - 44:23
**alone** [1] - 63:14
**alterations** [6] - 19:7, 19:17, 20:20, 21:11, 65:10, 66:4
**alternative** [6] - 73:6, 73:7, 73:12, 73:13, 73:16, 73:18
**amazed** [1] - 5:19
**ambiguities** [1] - 8:23
**ambiguous** [7] - 6:5, 35:20, 44:10, 49:15, 49:16, 57:21, 72:4
**amend** [1] - 9:16
**amended** [7] - 9:19, 10:4, 10:6, 10:13, 67:2, 70:6, 72:5
**America** [4] - 30:21, 32:10, 58:24, 60:24
**amount** [5] - 9:1, 13:4, 16:21, 30:7, 52:23
**amounts** [10] - 19:8, 19:18, 20:20, 21:13, 29:8, 44:7, 60:7, 65:11, 66:5, 68:2
**analysis** [1] - 38:7
**AND** [1] - 1:13
**Anne** [1] - 75:4
**ANNE** [2] - 1:23, 75:20
**answer** [3] - 39:6, 66:18, 73:22
**answered** [1] - 41:13
**anything** [8] - 21:16, 21:17, 23:11, 39:12, 57:4, 60:6, 65:2, 74:9
**anyway** [1] - 16:1
**apologize** [1] - 48:11
**Appeals** [1] - 40:24
**appear** [1] - 51:23
**APPEARANCES** [1] - 2:1
**applicable** [2] - 34:9, 73:8
**application** [1] - 57:22
**applies** [6] - 17:5, 23:22, 24:2, 24:7, 51:4, 58:9
**apply** [11] - 20:16, 22:6, 22:11, 23:5, 24:13, 27:3, 32:4, 32:12, 50:7, 50:12, 56:13
**appreciate** [11] - 4:15, 4:19, 12:1, 46:6, 46:8, 52:21, 52:22, 64:14, 74:4, 74:6, 74:12

1

**appropriate** [1] - 45:25
**APSN** [3] - 43:4, 43:5, 43:7
**Area** [2] - 63:5, 64:7
**areas** [2] - 64:22, 72:4
**arguably** [1] - 32:1
**argue** [10] - 20:12, 20:13, 22:5, 22:6, 22:18, 24:13, 25:10, 37:25, 44:18, 44:22
**argued** [2] - 64:23, 65:25
**argues** [7] - 20:5, 20:15, 20:21, 21:9, 22:6, 22:9, 22:15
**arguing** [4] - 21:7, 22:22, 23:11
**argument** [32] - 17:10, 17:20, 18:5, 23:9, 23:15, 27:1, 28:6, 32:22, 33:5, 33:21, 34:5, 35:19, 36:19, 36:25, 37:18, 38:18, 39:5, 46:1, 53:7, 56:15, 56:22, 56:24, 57:21, 58:18, 59:14, 60:4, 60:15, 66:20, 67:6, 67:15, 74:8
**arguments** [6] - 22:7, 22:8, 39:4, 59:6, 59:9, 60:22
**arising** [1] - 32:19
**art** [1] - 25:11
**article** [2] - 32:1, 32:2
**articulated** [1] - 31:15
**assent** [1] - 73:5
**assert** [3] - 18:13, 19:21, 66:8
**asserted** [8] - 9:5, 9:8, 10:4, 17:5, 27:8, 27:14, 34:14, 34:23
**asserting** [1] - 36:8
**asserts** [1] - 63:21
**assess** [1] - 51:23
**assessed** [4] - 28:12, 32:15, 61:10, 61:16
**assessing** [1] - 50:14
**assessment** [2] - 20:10, 50:8
**assets** [3] - 39:21, 39:24, 49:7
**ASSOCIATES** [1] - 1:23
**assume** [2] - 20:7, 24:10
**assuming** [3] - 27:2, 54:24, 55:7
**asterisk** [1] - 31:25
**astounding** [1] - 5:23

**AT** [1] - 1:2
**ATM** [2] - 45:4, 45:5
**atmosphere** [1] - 5:12
**attach** [1] - 36:23
**attached** [9] - 9:10, 9:17, 32:2, 32:25, 35:16, 62:25, 63:17, 64:19, 72:11
**attaches** [1] - 36:22
**attachments** [1] - 63:14
**attempt** [1] - 43:2
**attempted** [1] - 46:22
**attempts** [2] - 44:18, 70:11
**attorney** [2] - 75:13, 75:14
**authority** [1] - 51:8
**authorized** [7] - 8:13, 9:6, 10:14, 10:19, 34:13, 51:3, 71:3
**Automatic** [1] - 12:22
**automatic** [1] - 13:12
**automatically** [1] - 13:20
**available** [9] - 8:14, 19:20, 32:5, 32:13, 42:4, 65:23, 66:7, 66:23, 71:1
**Avenue** [3] - 1:24, 2:4, 2:14
**average** [2] - 47:25, 51:20
**avoid** [4] - 29:11, 58:14, 59:17, 68:7
**aware** [6] - 6:20, 20:13, 30:22, 50:4, 50:10, 50:17

**B**

**B** [3] - 63:15, 67:2, 67:3
**background** [2] - 54:1, 74:9
**bad** [5] - 23:11, 23:13, 23:21, 24:6, 35:17
**Baker** [4] - 2:10, 2:13, 3:4, 3:12
**balance** [4] - 8:14, 32:6, 32:13
**BANK** [1] - 1:13
**Bank** [53] - 3:19, 4:21, 4:24, 5:1, 5:5, 5:7, 6:4, 14:4, 14:21, 14:24, 15:5, 15:6, 15:7, 16:6, 16:12, 16:13, 16:18, 17:1, 17:9, 18:2, 18:9, 20:3, 20:9, 23:9,

23:12, 27:16, 27:24, 27:25, 28:10, 30:2, 32:10, 33:8, 34:12, 35:5, 35:25, 41:19, 47:14, 48:7, 48:10, 48:13, 48:17, 49:1, 58:22, 58:24, 60:24, 64:17, 66:18, 68:11, 70:8, 70:15, 70:18, 71:11
**bank** [63] - 5:9, 6:9, 6:12, 6:13, 6:14, 6:17, 9:13, 13:9, 13:10, 13:15, 13:23, 13:24, 13:25, 14:16, 15:1, 15:8, 18:11, 21:25, 23:20, 24:17, 25:2, 25:5, 27:10, 27:11, 28:7, 29:20, 30:20, 32:16, 33:23, 36:19, 36:20, 36:21, 37:13, 37:19, 38:1, 38:3, 38:5, 39:20, 39:22, 40:1, 41:21, 42:24, 43:15, 45:23, 49:6, 53:13, 53:15, 55:13, 55:14, 56:2, 57:6, 57:15, 58:19, 68:14, 68:17, 68:18, 68:19, 68:23, 69:3, 69:24, 70:5
**bank's** [3] - 50:13, 66:20, 69:6
**Banker** [2] - 2:11
**banking** [5] - 26:5, 26:7, 46:4, 70:9, 70:19
**banks** [16] - 6:3, 6:9, 6:25, 7:3, 7:6, 7:16, 7:18, 7:24, 8:25, 12:25, 14:5, 14:12, 47:8, 51:16, 53:18
**bargain** [2] - 24:15, 24:17
**Bart** [2] - 34:16, 34:18
**based** [7] - 6:10, 18:13, 27:14, 28:21, 37:2, 43:6, 50:7
**basic** [1] - 27:7
**basing** [1] - 37:21
**basis** [4] - 13:4, 24:21, 28:13, 73:3
**batch** [1] - 7:7
**bear** [2] - 45:20, 47:2, 65:14
**Bearman** [2] - 2:10, 2:13
**bears** [1] - 41:6
**become** [2] - 46:19, 73:11

**becomes** [1] - 73:8
**begins** [1] - 33:14
**behalf** [3] - 1:5, 10:24, 11:1
**benefit** [1] - 64:1
**Berkowitz** [2] - 2:10, 2:13
**best** [2] - 16:1, 75:10
**better** [5] - 4:16, 24:17, 25:5, 53:19, 62:16
**between** [4] - 19:22, 65:13, 66:9, 73:4
**beyond** [1] - 48:4
**bigger** [2] - 7:5, 19:11
**bill** [6] - 49:5, 70:20, 70:22, 70:23, 71:4, 71:9
**billion** [4] - 39:21, 39:24, 42:24, 49:6
**BINKLEY** [1] - 1:19
**bit** [4] - 4:21, 17:15, 64:11, 67:7
**borne** [1] - 40:4
**bounce** [1] - 47:23
**bounced** [1] - 47:22
**branches** [2] - 39:23
**Branstetter** [2] - 2:4, 4:8
**breach** [22] - 9:8, 10:20, 10:21, 10:23, 10:25, 11:19, 17:21, 26:20, 28:13, 36:9, 36:13, 53:8, 53:16, 53:20, 72:6, 72:9, 72:11, 72:12, 73:8, 73:10, 73:16, 73:19
**breached** [5] - 17:23, 36:11, 38:20, 53:10, 68:20
**break** [2] - 6:9, 62:20
**brief** [4] - 20:13, 22:15, 24:12, 52:24
**briefed** [1] - 10:16
**briefly** [2] - 12:15, 18:14
**briefs** [1] - 8:8
**BRIGGS** [1] - 1:23
**bring** [2] - 40:7, 50:7
**bringing** [1] - 22:3
**broad** [2] - 21:20
**brochure** [4] - 29:9, 44:9, 60:9, 68:3
**brought** [3] - 8:6, 15:21, 72:23
**Building** [1] - 2:14
**burden** [20] - 40:16, 40:20, 41:6, 43:20, 43:21, 44:1, 45:12, 45:21, 47:2, 51:12,

51:19, 52:16, 53:3, 53:6, 58:24, 60:16, 61:1, 61:17, 61:23, 61:24
**Buren** [1] - 34:13
**business** [4] - 6:10, 6:16, 46:4, 62:4

**C**

**C** [15] - 3:1, 27:21, 27:22, 28:14, 28:17, 33:9, 33:14, 57:17, 58:12, 63:15, 67:4, 67:11, 67:12, 69:11
**Caldwell** [2] - 2:10, 2:13
**cannot** [4] - 19:21, 61:22, 66:8, 66:19
**capital** [1] - 70:10
**car** [1] - 13:6
**card** [8] - 12:17, 12:18, 13:8, 13:14, 18:22, 45:5, 51:3
**careful** [1] - 29:10, 68:6
**carried** [2] - 51:19, 61:1
**case** [47] - 6:19, 8:3, 8:4, 9:3, 9:4, 9:18, 12:13, 17:24, 20:8, 21:22, 22:13, 24:14, 25:18, 26:1, 26:7, 30:21, 31:1, 31:10, 31:13, 31:15, 31:22, 34:6, 34:12, 34:15, 34:23, 43:8, 43:9, 49:20, 50:2, 50:4, 50:16, 50:23, 52:4, 52:11, 56:9, 58:4, 58:24, 62:4, 70:2, 70:17, 72:17
**cases** [16] - 6:21, 6:25, 7:1, 7:2, 7:22, 8:1, 8:2, 8:4, 8:5, 8:21, 27:9, 38:18, 50:20, 74:5, 74:6
**cashier's** [2] - 44:25, 45:2
**caused** [1] - 7:20
**causes** [2] - 17:6, 17:8, 38:12
**Center** [2] - 2:11, 5:5
**certain** [2] - 18:2, 36:6
**CERTIFICATE** [1] - 75:2
**certify** [1] - 75:5
**CERTIFY** [2] - 75:8, 75:12

2

challenge [1] - 7:14
challenges [1] - 63:10
CHANCERY [1] - 1:1
change [2] - 42:9,
46:18
changed [1] - 37:6
charge [37] - 14:12,
17:9, 17:12, 18:2,
18:3, 27:12, 28:3,
28:7, 29:17, 29:19,
30:4, 31:23, 33:20,
34:4, 35:10, 36:21,
37:19, 38:6, 38:17,
42:13, 44:14, 44:24,
45:1, 45:6, 45:13,
45:16, 45:18, 47:8,
47:9, 49:1, 52:1,
54:20, 58:19, 68:15,
68:20, 70:19, 71:4
charged [19] - 14:23,
16:7, 16:15, 20:14,
21:21, 31:18, 32:17,
35:7, 41:18, 42:12,
42:20, 47:15, 47:20,
48:19, 49:11, 51:21,
60:8, 70:3, 70:12
charges [3] - 42:9,
51:2, 71:21
charging [3] - 20:3,
43:16, 45:3
check [7] - 29:2, 45:2,
46:15, 46:18, 47:22,
70:21
checks [9] - 12:22,
29:12, 44:25, 58:14,
59:17, 59:19, 67:21,
67:23, 68:7
cheering [1] - 15:21
chief [1] - 3:20
China [1] - 51:7
choosing [1] - 16:18
circumstance [1] -
65:22
circumstances [2] -
37:6, 65:21
citation [1] - 27:20
cite [4] - 24:12, 35:12,
48:4, 65:7
cited [5] - 47:7, 50:3,
50:10, 64:6, 72:20
cites [1] - 25:19
Citizens [4] - 34:11,
35:5, 58:21, 60:25
City [1] - 5:15
claim [58] - 9:5, 9:19,
18:6, 18:13, 19:21,
22:3, 24:8, 26:21,
27:4, 28:14, 30:14,
30:17, 30:18, 30:19,
30:24, 31:15, 31:21,

32:19, 32:22, 34:24,
35:3, 36:9, 36:14,
37:21, 40:20, 43:4,
53:5, 53:6, 53:14,
53:15, 53:16, 53:20,
58:25, 61:18, 61:20,
61:21, 62:1, 64:4,
66:8, 72:6, 72:7,
72:8, 72:10, 72:11,
72:14, 72:15, 72:16,
72:17, 72:19, 73:7,
73:9, 73:11, 73:13,
73:15, 73:16, 73:18,
74:10
claims [9] - 8:7, 9:7,
9:8, 10:18, 10:22,
38:22, 50:7, 73:12,
73:18
clarity [1] - 25:7
Clark [4] - 3:20, 4:2,
4:23, 4:25
class [6] - 10:24,
10:25, 11:2, 43:11,
52:12, 73:2
clause [11] - 18:10,
20:16, 21:10, 22:10,
22:16, 23:16, 23:18,
24:4, 24:11, 25:9
clear [18] - 21:14,
22:20, 26:10, 26:13,
36:15, 47:6, 47:8,
47:24, 48:21, 49:9,
49:14, 49:15, 51:20,
52:4, 59:24, 60:14,
69:13, 69:21
clearer [3] - 53:13,
70:5, 70:16
Clearing [1] - 12:22
clearly [3] - 20:6, 20:8,
50:12
client [8] - 41:19,
42:22, 54:25, 55:7,
55:13, 56:1
coffee [1] - 5:22
Cohen [2] - 2:6, 4:9
Cole [1] - 3:15
COLE [2] - 2:9, 3:17
colleagues [1] - 62:5
coming [6] - 28:19,
30:17, 30:18, 31:21,
34:9, 35:14
comment [1] - 67:1
Commerce [1] - 2:11
commercial [1] -
24:23
committed [1] - 5:11
common [3] - 13:1,
23:4, 25:13
community [10] - 5:9,
5:14, 6:9, 6:11,

39:20, 39:22, 40:1,
43:15, 47:25
complaining [1] -
21:22
complaint [59] - 6:2,
9:4, 9:8, 9:11, 9:16,
9:19, 10:4, 10:5,
10:6, 10:14, 16:3,
16:5, 17:5, 17:16,
18:1, 20:11, 21:23,
24:25, 26:18, 27:6,
27:15, 30:8, 31:1,
33:3, 34:7, 34:8,
34:10, 39:11, 39:19,
46:10, 48:15, 53:5,
54:11, 55:9, 55:16,
55:18, 55:20, 56:3,
56:6, 56:12, 56:14,
56:19, 61:13, 61:18,
61:25, 63:1, 63:11,
63:17, 63:21, 63:24,
64:15, 64:19, 66:17,
67:2, 70:4, 70:7,
72:5
complaint's [1] - 40:5
complaints [1] - 6:3
completely [2] -
50:14, 51:7
complied [1] - 21:24
comply [1] - 56:10
compute [1] - 55:23
computer [1] - 7:9
concept [1] - 38:17
concerned [1] - 15:20
concerns [1] - 59:5
conclude [1] - 25:21
conditions [3] - 18:25,
19:3, 71:3
Conditions [3] -
28:23, 64:21, 67:14
conduct [1] - 50:13
confusing [1] - 56:9
confusion [1] - 38:16
connection [1] - 58:20
consider [7] - 25:4,
54:16, 63:1, 65:1,
65:2, 66:20, 74:9
considerable [1] -
52:23
consideration [1] -
63:16
considered [4] -
47:15, 47:19, 55:10,
55:21
considering [1] -
63:23
construe [1] - 63:24
consumer [4] - 25:15,
48:21, 49:25, 57:13
contain [1] - 70:4

contained [7] - 10:14,
17:18, 20:1, 21:4,
29:15, 63:21, 66:14
contains [1] - 64:16
context [3] - 6:1,
33:21, 42:21
continually [1] - 62:6
continue [1] - 63:18
continues [2] - 66:2,
68:5
contract [80] - 6:6,
9:9, 9:10, 9:12, 9:17,
9:18, 10:20, 10:21,
10:23, 17:18, 17:19,
17:21, 17:22, 18:15,
22:9, 22:21, 23:5,
23:6, 23:8, 23:12,
24:20, 25:23, 26:2,
26:10, 26:21, 28:14,
30:15, 30:16, 31:22,
35:10, 36:7, 36:9,
36:14, 38:24, 41:8,
43:17, 44:10, 45:15,
46:23, 46:24, 47:1,
47:6, 47:12, 47:24,
49:15, 49:22, 53:8,
53:16, 53:20, 56:22,
60:17, 61:9, 61:16,
61:25, 64:16, 64:18,
64:21, 65:3, 66:1,
66:17, 68:12, 68:14,
69:7, 69:10, 70:15,
71:23, 72:1, 72:3,
72:6, 72:11, 72:18,
72:24, 73:8, 73:11,
73:16, 73:19
contract-exempting
[1] - 25:23
contracts [13] - 8:24,
27:16, 27:25, 28:2,
28:11, 47:7, 50:12,
51:15, 60:24, 60:25,
70:5, 72:18, 72:24
contractual [7] - 8:22,
22:4, 31:8, 31:20,
36:6, 38:20, 73:4
controlling [2] - 40:9,
49:16
COO [1] - 4:3
Copeland [2] - 24:14,
25:18
copy [1] - 31:3
corners [1] - 55:9
correct [14] - 9:17,
9:25, 11:11, 11:12,
13:13, 40:15, 54:2,
54:5, 55:11, 58:5,
65:6, 75:9
counsel [4] - 9:15,
67:17, 75:13, 75:15

count [1] - 72:8
Count [12] - 10:20,
10:21, 10:23, 11:2,
11:11, 11:15, 11:18,
11:24, 72:4, 72:15,
73:9
countries [2] - 39:25,
49:7
country [6] - 7:1, 13:1,
25:21, 43:1, 43:13,
56:18
counts [4] - 11:5,
11:6, 11:8, 67:9
County [5] - 34:11,
34:13, 35:5, 58:21,
60:25
COUNTY [1] - 1:1
couple [5] - 5:18,
6:22, 14:17, 14:18,
43:18
course [10] - 23:10,
38:3, 38:6, 55:8,
58:8, 63:1, 63:14,
64:18, 65:4, 68:25
court [6] - 7:1, 7:2,
31:5, 62:4, 64:13,
75:4
Court [34] - 39:13,
40:24, 41:7, 41:24,
42:14, 43:20, 43:24,
43:25, 44:1, 44:19,
46:1, 46:10, 46:25,
50:21, 50:23, 51:9,
51:13, 51:15, 52:13,
52:16, 55:17, 59:4,
59:15, 59:16, 60:5,
60:13, 60:20, 63:6,
63:8, 66:19, 71:25,
72:3, 73:10, 75:21
COURT [79] - 1:1,
1:18, 3:6, 3:10, 3:13,
3:16, 3:22, 4:1, 4:4,
4:10, 4:16, 5:3, 6:23,
8:16, 9:23, 10:1,
10:9, 10:12, 11:4,
11:9, 11:14, 11:19,
11:24, 12:5, 12:10,
13:12, 15:15, 15:23,
17:3, 18:16, 19:10,
21:1, 23:24, 26:22,
33:11, 33:16, 34:16,
34:18, 34:21, 35:23,
36:25, 38:24, 39:3,
39:7, 39:14, 39:17,
40:13, 40:22, 44:20,
46:3, 47:11, 48:7,
48:12, 48:23, 52:18,
52:20, 52:25, 53:23,
54:3, 54:13, 54:22,
55:1, 55:4, 55:11,

3

55:22, 56:4, 56:7, 56:20, 57:25, 58:3, 59:2, 59:7, 59:10, 61:3, 61:11, 61:14, 62:3, 62:22, 74:2
**courthouse** [1] - 15:19
**Courts** [1] - 72:25
**courts** [3] - 63:23, 64:2, 69:7
**covenant** [4] - 11:1, 22:18, 72:9, 72:12
**covered** [2] - 50:16, 73:20
**crafted** [1] - 36:6
**create** [4] - 14:6, 27:25, 29:22, 39:13
**creates** [3] - 38:16, 44:5, 57:7
**creating** [8] - 6:5, 14:11, 27:19, 29:7, 38:12, 68:1, 69:19, 69:23
**credit** [1] - 13:8
**credited** [6] - 19:9, 19:18, 20:21, 21:13, 65:11, 66:5
**Creek** [1] - 34:11
**crux** [1] - 58:18
**CTCB's** [2] - 35:4, 35:10
**cup** [1] - 5:22
**customer** [13] - 12:18, 27:16, 27:24, 28:2, 47:11, 47:14, 68:10, 68:22, 69:1, 69:24, 70:3, 70:16, 71:16
**customers** [2] - 6:13, 7:20, 64:18
**customers'** [1] - 7:6
**cut** [2] - 51:12, 51:14

### D

**D** [6] - 3:1, 30:8, 63:15, 67:4, 68:3, 71:10
**damages** [1] - 52:8
**date** [2] - 32:17, 32:18
**DAVIDSON** [1] - 1:1
**day-to-day** [1] - 41:4
**days** [17] - 11:10, 14:17, 14:23, 15:9, 16:11, 18:10, 18:12, 19:19, 21:25, 24:2, 37:4, 37:11, 52:10, 65:22, 66:6, 66:22
**dealing** [9] - 9:10, 11:1, 11:20, 22:19, 22:20, 42:14, 53:17,

72:10, 72:13
**deals** [1] - 51:5
**debit** [4] - 7:17, 12:17, 12:18, 51:2
**decide** [1] - 14:15
**decided** [3] - 15:6, 45:6, 57:20
**decides** [1] - 14:1
**deciding** [2] - 15:1, 16:24
**decision** [3] - 30:23, 31:7, 31:8
**decisions** [1] - 40:2
**decline** [3] - 49:5, 71:2, 71:9
**defend** [2] - 7:22, 8:3
**DEFENDANT** [1] - 2:9
**defendant** [3] - 34:22, 34:25, 63:19
**Defendant** [12] - 1:15, 40:17, 41:6, 43:21, 50:3, 50:17, 60:15, 60:23, 66:19, 68:11, 74:1, 74:11
**definition** [4] - 21:15, 21:18, 43:7, 71:19
**delay** [1] - 42:7
**demonstration** [1] - 15:25
**denial** [1] - 40:25
**denied** [2] - 14:22, 61:2
**deny** [2] - 44:2, 49:17
**denying** [1] - 59:5
**deposit** [4] - 19:3, 23:2, 35:4, 37:10
**Deposit** [3] - 28:22, 64:20, 67:13
**depositions** [1] - 52:9
**deposits** [6] - 19:9, 19:18, 20:21, 21:13, 65:12, 66:5
**describe** [5] - 30:1, 33:7, 33:23, 73:2
**describing** [1] - 16:4
**description** [2] - 32:2, 35:19
**descriptive** [1] - 31:25, 32:1, 32:24
**designed** [1] - 39:13
**despite** [2] - 4:14, 17:13
**determination** [1] - 37:15
**determine** [4] - 7:10, 55:15, 69:5, 69:10
**determined** [2] - 37:16, 63:13
**determining** [1] - 63:2
**developing** [1] - 6:14

**different** [7] - 8:4, 8:10, 8:21, 8:24, 17:7, 39:20, 51:16
**difficult** [2] - 8:3, 54:12
**direct** [5] - 12:20, 12:23, 13:3, 13:22, 15:3
**directly** [2] - 13:9, 75:15
**disagree** [1] - 20:6
**disclosure** [3] - 35:4, 58:22, 70:9
**discover** [2] - 19:7, 20:19, 65:9
**discovered** [3] - 42:1, 42:8, 65:9
**discovery** [10] - 10:7, 10:11, 41:12, 41:17, 41:23, 41:25, 42:17, 46:2, 49:17, 52:5, 52:7, 54:14, 54:16, 54:18, 55:3, 55:5
**discretion** [11] - 27:19, 29:6, 29:21, 36:20, 44:5, 57:7, 57:8, 57:15, 60:2, 67:25, 69:18
**discuss** [4] - 12:12, 31:8, 56:15, 67:5
**discussed** [3] - 31:4, 57:1, 61:6, 61:7, 67:4, 67:6, 67:16, 71:24
**discussing** [8] - 9:20, 11:11, 11:16, 11:17, 11:21, 28:24, 32:20, 56:23
**discussion** [11] - 10:8, 15:24, 32:25, 35:16, 41:7, 45:22, 49:21, 66:16, 67:7, 67:8, 69:20
**disfavored** [1] - 25:24
**dismiss** [21] - 30:23, 31:7, 34:25, 39:12, 40:8, 40:25, 41:1, 43:4, 44:2, 49:17, 55:10, 63:2, 63:5, 63:13, 63:19, 63:23, 64:2, 72:7, 72:13, 73:14, 74:10
**dismissed** [4] - 10:18, 18:7, 34:13, 73:11
**dispositive** [3] - 45:20, 47:3, 60:12
**dispute** [2] - 6:2, 59:8
**disputes** [1] - 46:23
**disputing** [2] - 16:9
**district** [1] - 31:5

**document** [2] - 36:10, 48:1
**documents** [2] - 31:16, 54:24
**dollar** [2] - 42:24, 49:6
**dollars** [3] - 13:5, 39:21, 39:24
**done** [6] - 12:5, 36:11, 39:8, 53:8, 58:25, 68:19
**Donelson** [5] - 2:10, 2:11, 2:13, 3:4, 3:12
**down** [5] - 14:16, 25:2, 32:3, 51:12, 51:14
**Dozier** [1] - 72:20
**drafts** [6] - 29:12, 58:14, 59:17, 59:21, 67:21, 68:8
**draw** [1] - 6:1
**drawn** [4] - 29:1, 40:11, 40:19, 67:21
**due** [4] - 16:7, 16:15, 35:11, 47:18
**duplications** [1] - 67:3
**during** [1] - 7:7
**duties** [1] - 65:14
**duty** [3] - 9:9, 23:4, 53:17

### E

**E** [4] - 3:1, 3:9
**easily** [1] - 42:3
**educated** [1] - 12:6
**education** [3] - 12:7, 49:10, 74:7
**educational** [1] - 57:14
**either** [10] - 14:12, 15:11, 22:9, 26:15, 29:21, 30:22, 31:22, 50:18, 51:16, 65:14
**electronic** [6] - 12:20, 12:23, 29:2, 67:22, 70:21
**element** [2] - 25:7, 25:17
**emphasize** [1] - 61:8
**employ** [1] - 73:1
**employee** [2] - 75:13, 75:14
**encourage** [2] - 29:10, 68:5
**end** [2] - 33:18, 45:2
**enforceable** [2] - 23:3, 25:25
**enforced** [1] - 26:8
**engaged** [1] - 7:16
**enrichment** [11] - 10:21, 11:3, 12:7,

12:8, 53:18, 72:16, 72:17, 72:18, 72:23, 73:9, 73:13
**entire** [3] - 50:3, 50:5, 69:16
**entirely** [2] - 19:23, 66:10
**entitle** [1] - 64:4
**entitled** [9] - 60:18, 63:1, 64:20, 64:22, 65:3, 67:13, 67:17, 68:4, 69:12
**equity** [1] - 73:3
**erroneous** [1] - 20:10
**erroneously** [2] - 20:14, 21:21
**error** [2] - 20:16, 50:15
**errors** [12] - 18:9, 18:12, 18:13, 19:19, 21:9, 21:15, 21:18, 21:20, 50:12, 50:13, 66:6, 66:21
**escape** [2] - 26:15
**ESQUIRE** [5] - 2:3, 2:6, 2:9, 2:10, 2:13
**essentially** [9] - 7:15, 9:15, 13:15, 17:20, 18:25, 22:10, 22:22, 39:5, 72:25
**establish** [1] - 63:22
**event** [2] - 45:7, 73:10
**everyday** [1] - 25:14
**evidence** [2] - 52:10, 63:12
**ex** [1] - 51:2
**ex-paramour's** [1] - 51:2
**exact** [2] - 44:25, 46:14
**exactly** [4] - 16:3, 44:21, 58:2
**examination** [1] - 63:13
**examine** [3] - 19:5, 65:7, 65:20
**example** [7] - 13:2, 14:19, 22:16, 34:8, 53:24, 54:6, 70:14
**examples** [2] - 42:5, 42:16, 48:5, 53:24, 53:25
**exceed** [1] - 65:22
**excluding** [1] - 21:16
**exculpatory** [6] - 23:16, 23:18, 24:4, 24:11, 25:8, 25:9
**exempting** [1] - 25:23
**exhibit** [2] - 33:12, 71:11
**Exhibit** [22] - 18:21,

19:2, 27:21, 27:22,
28:14, 28:17, 30:8,
33:9, 33:13, 35:12,
57:17, 58:12, 64:15,
64:20, 67:2, 67:3,
67:11, 67:12, 68:3,
69:11, 71:10

**Exhibits** [1] - 63:15
**exhibits** [2] - 18:21,
62:25
**exist** [6] - 44:13, 47:1,
47:7, 50:22, 52:3,
60:11
**explain** [1] - 17:22
**expressed** [1] - 17:7
**expressly** [2] - 32:10,
32:14
**extent** [1] - 45:25

## F

**fact** [4] - 17:13, 42:1,
68:25, 70:25
**factor** [1] - 28:7
**facts** [8] - 26:14, 40:5,
40:14, 40:18, 51:13,
60:19, 64:4, 65:13
**factual** [7] - 40:9,
43:7, 46:9, 46:14,
49:18, 53:4, 63:25
**fail** [5] - 19:16, 38:22,
63:22, 65:13, 66:3
**failed** [2] - 18:7, 61:21
**failure** [4] - 72:7,
72:14, 73:15, 74:10
**fair** [8] - 9:10, 11:1,
11:20, 22:19, 22:20,
53:17, 72:9, 72:13
**fairly** [1] - 52:7
**faith** [24] - 9:9, 11:1,
11:20, 19:24, 22:17,
22:19, 22:20, 22:24,
23:4, 23:11, 23:20,
23:21, 23:23, 24:3,
24:6, 25:10, 25:11,
25:13, 25:15, 53:17,
65:16, 66:11, 72:9,
72:12
**falls** [3] - 6:19, 38:23,
38:25
**Falls** [2] - 34:11
**familiar** [1] - 5:7
**family** [1] - 40:2
**far** [1] - 26:22
**fashion** [1] - 42:7
**favor** [2] - 26:4, 40:11
**favored** [1] - 25:22
**federal** [2] - 7:1, 50:5
**fee** [132] - 8:19, 9:21,
10:15, 10:24, 11:2,

11:22, 12:17, 14:12,
14:23, 15:13, 15:14,
16:8, 16:9, 16:10,
16:16, 17:10, 17:13,
18:2, 18:3, 20:4,
20:10, 27:12, 27:13,
28:3, 28:11, 28:20,
29:9, 29:18, 29:19,
30:5, 30:6, 30:7,
30:8, 30:9, 30:12,
30:13, 31:14, 31:18,
31:24, 32:2, 32:3,
32:4, 32:8, 32:11,
32:12, 32:15, 32:16,
32:21, 32:25, 33:7,
33:20, 33:23, 34:24,
35:3, 35:7, 35:15,
35:17, 35:25, 36:4,
36:5, 36:17, 36:22,
37:19, 38:6, 38:8,
38:10, 38:13, 38:14,
38:17, 42:13, 42:20,
43:11, 44:8, 44:11,
44:12, 44:15, 44:16,
44:20, 44:21, 44:22,
44:23, 44:24, 45:9,
45:13, 45:15, 45:17,
45:18, 45:19, 49:1,
50:8, 50:9, 50:14,
51:24, 54:20, 57:1,
57:2, 57:9, 57:12,
57:16, 57:19, 58:3,
58:8, 58:9, 58:10,
58:19, 58:21, 58:23,
59:25, 60:9, 60:10,
60:11, 60:14, 60:21,
61:9, 61:16, 68:15,
69:24, 70:3, 70:20,
71:5, 71:11, 71:12,
71:13, 71:14, 71:17,
71:18
**fees** [58] - 6:3, 6:22,
7:21, 7:25, 8:8, 8:11,
9:2, 12:14, 20:14,
21:21, 28:4, 28:8,
29:9, 29:13, 29:16,
32:16, 41:17, 41:20,
41:22, 44:8, 44:22,
45:14, 47:10, 47:23,
48:19, 49:11, 49:12,
49:13, 51:22, 51:24,
51:25, 52:2, 54:9,
56:3, 56:17, 57:4,
57:5, 58:4, 58:5,
58:12, 58:15, 58:16,
59:19, 59:21, 59:23,
60:6, 60:7, 60:8,
61:6, 68:2, 68:9,
68:20, 70:12, 71:15
**few** [3] - 5:24, 8:9,
53:2

**field** [1] - 73:22
**figure** [1] - 43:1
**filed** [6] - 9:5, 10:6,
55:18, 66:18, 67:16
**files** [1] - 63:19
**final** [1] - 29:11
**Financial** [2] - 47:14,
48:4
**financially** [1] - 75:15
**fine** [1] - 64:13
**firms** [1] - 8:6
**first** [30] - 5:17, 8:4,
8:5, 8:18, 9:4, 9:19,
16:9, 19:20, 20:1,
20:17, 20:18, 20:23,
20:24, 21:5, 21:11,
21:23, 24:14, 29:2,
39:10, 42:17, 46:17,
50:1, 53:7, 62:24,
65:23, 66:7, 66:14,
67:11, 67:12, 67:22
**First** [5] - 2:14, 47:14,
48:4, 48:17, 70:8
**fit** [2] - 27:9, 30:19
**Five** [1] - 35:12
**five** [3] - 12:12, 45:2,
52:12
**focus** [3] - 12:10,
29:24, 54:4
**focused** [3] - 7:2,
8:22, 8:23
**following** [6] - 16:16,
62:20, 63:9, 64:5,
65:5, 72:22
**follows** [5] - 66:2,
67:20, 68:5, 70:10,
70:19
**FOR** [2] - 2:3, 2:9
**foregoing** [2] - 75:6,
75:8
**forgeries** [3] - 19:17,
21:12, 66:4
**form** [2] - 12:23, 75:7
**formation** [3] - 22:22,
23:5, 23:8
**formed** [1] - 5:2
**forming** [1] - 23:10
**forward** [3] - 52:4,
52:11, 60:16
**found** [6] - 21:6, 36:7,
46:23, 58:20, 58:23,
61:22
**four** [3] - 40:2, 45:2,
55:9
**Four** [4] - 10:21, 11:3,
72:15, 73:9
**frankly** [3] - 7:22,
22:7, 24:25
**fraud** [2] - 50:12, 51:2
**freedom** [3] - 25:22,

26:2, 26:9
**frequently** [1] - 72:25
**Friday** [1] - 10:17
**friend** [1] - 34:21
**front** [2] - 15:19, 50:21
**full** [1] - 49:18
**fund** [1] - 47:10
**funds** [32] - 14:7, 14:8,
14:22, 16:7, 16:15,
20:5, 27:18, 28:2,
29:5, 29:12, 31:23,
32:17, 35:12, 37:7,
37:12, 37:17, 37:23,
38:4, 42:11, 44:4,
47:19, 58:15, 59:18,
59:20, 59:22, 60:1,
67:24, 68:8, 68:22,
69:2, 69:17, 71:1
**FURTHER** [2] - 75:8,
75:12
**furthermore** [1] - 30:4
**future** [2] - 73:17

## G

**G** [1] - 3:1
**gap** [1] - 14:20
**general** [1] - 30:14
**generally** [4] - 8:2,
25:25, 29:1, 67:22
**gentlemen** [2] - 5:24,
6:16
**Gerard** [1] - 4:7
**GERARD** [1] - 2:3
**given** [1] - 75:10
**giving** [1] - 63:25
**glad** [5] - 4:11, 4:16,
4:17, 5:8, 73:22
**Glover** [1] - 5:19
**got** [10] - 11:24, 11:25,
12:6, 15:16, 19:4,
30:9, 42:2, 54:25,
62:11, 62:15
**governing** [2] - 9:18,
71:4
**grant** [1] - 64:2
**granted** [1] - 41:24
**granting** [1] - 41:1
**GRAY** [2] - 1:23, 75:20
**Gray** [1] - 75:4
**great** [3] - 50:19, 74:3,
74:7
**green** [1] - 15:18
**greeted** [1] - 5:20
**grew** [1] - 5:15
**grow** [1] - 5:16
**growth** [1] - 6:15
**guess** [2] - 12:6, 16:22
**guy** [1] - 34:19

## H

**Habitat** [2] - 63:5, 64:7
**half** [4] - 39:21, 39:23,
42:24, 49:6
**hand** [2] - 30:10,
75:18
**handwriting** [1] - 64:9
**happy** [2] - 39:5, 59:3
**hard** [6] - 7:22, 40:3,
41:3, 41:15, 66:13,
74:4
**have** [124] - 3:12, 3:18,
3:20, 4:8, 4:11, 5:5,
5:15, 6:23, 7:21,
8:12, 8:18, 9:19,
10:5, 10:16, 13:2,
13:18, 14:2, 14:5,
14:7, 14:8, 15:10,
15:17, 15:21, 15:24,
18:5, 22:1, 22:8,
22:13, 24:2, 24:9,
24:15, 24:21, 24:22,
24:23, 25:12, 26:1,
26:6, 27:4, 27:5,
27:7, 32:24, 33:1,
34:25, 35:16, 35:18,
36:1, 36:9, 36:19,
36:20, 37:6, 37:9,
38:19, 39:3, 39:21,
39:23, 40:10, 40:11,
40:14, 42:23, 43:9,
43:12, 43:17, 43:24,
44:1, 45:11, 46:22,
46:23, 47:24, 48:10,
49:9, 49:25, 51:3,
51:8, 52:10, 53:10,
53:19, 54:8, 54:14,
54:23, 55:19, 56:11,
57:5, 57:22, 58:24,
58:25, 59:11, 59:25,
60:6, 60:8, 60:20,
61:1, 61:19, 61:24,
62:1, 62:5, 63:15,
64:24, 65:9, 65:14,
65:19, 66:13, 67:8,
67:9, 68:22, 69:1,
69:7, 69:9, 69:13,
69:21, 69:22, 70:1,
70:14, 70:15, 70:25,
71:16, 71:24, 73:20,
73:21, 75:17
**haven't** [5] - 36:11,
50:10, 51:19, 52:16,
53:8
**Hawaii** [1] - 48:7
**Hawaiian** [3] - 48:9,
48:17, 70:8
**head** [1] - 30:16
**headquarters** [1] -

5

5:18

**hear** [2] - 6:11, 59:3
**heard** [4] - 39:11, 41:7, 44:18, 44:22
**hearing** [3] - 4:23, 55:16, 55:18
**held** [1] - 50:17
**help** [4] - 29:11, 58:13, 59:16, 68:7
**helped** [2] - 71:16, 74:11
**helpful** [2] - 53:25, 70:2
**helps** [1] - 46:4
**hereby** [1] - 75:5
**herein** [1] - 75:11
**hereunto** [1] - 75:17
**herring** [1] - 57:22
**hesitate** [1] - 64:11
**Hickey** [1] - 3:12
**HICKEY** [2] - 2:10, 3:14
**high** [6] - 7:15, 7:18, 7:19, 40:20, 41:3, 49:9
**high/low** [3] - 7:20, 8:5, 8:6
**highest** [3] - 4:12, 43:13, 56:18
**highlight** [2] - 30:19, 59:16
**highlighted** [8] - 19:4, 19:15, 20:24, 21:11, 29:3, 29:14, 30:9, 57:4
**highlighting** [2] - 32:8, 32:10
**Highway** [1] - 5:6
**Hill** [1] - 5:5
**himself** [1] - 1:6
**historical** [1] - 46:6
**historically** [1] - 25:22
**history** [1] - 39:17
**holder** [3] - 42:22, 47:21, 51:21
**holding** [2] - 15:1, 16:18
**holds** [2] - 50:5, 73:17
**home** [2] - 5:4
**hometown** [1] - 5:12
**Honor** [40] - 3:3, 3:14, 3:17, 4:14, 6:20, 10:8, 10:17, 11:13, 12:3, 26:19, 26:25, 31:3, 31:9, 39:6, 39:9, 39:10, 39:25, 40:21, 41:14, 43:14, 44:9, 45:11, 47:5, 48:3, 48:5, 48:11, 49:14, 49:21, 49:23,

50:11, 51:6, 51:11, 52:7, 52:22, 59:1, 60:9, 61:2, 73:24, 74:14, 74:15
**Honor's** [1] - 18:19
**HONORABLE** [1] - 1:19
**hook** [1] - 34:3
**horrible** [1] - 64:10
**House** [1] - 12:22
**Humanity** [2] - 63:6, 64:7

## I

**idea** [1] - 42:14
**identified** [1] - 53:10
**identifies** [1] - 26:3
**identify** [2] - 17:22, 53:9
**If** [4] - 20:19, 27:17, 33:14, 37:22
**if** [74] - 7:4, 8:8, 8:20, 13:2, 13:6, 14:7, 15:12, 15:14, 18:11, 19:6, 19:16, 20:8, 20:17, 22:5, 24:7, 26:25, 29:5, 29:20, 29:24, 30:16, 31:3, 31:10, 31:19, 32:3, 32:4, 32:9, 32:12, 32:17, 33:11, 33:23, 35:20, 36:8, 36:17, 36:20, 37:12, 37:16, 38:4, 38:5, 38:24, 39:18, 41:15, 44:3, 44:11, 45:5, 46:12, 46:15, 46:20, 47:17, 47:21, 50:20, 51:12, 51:14, 54:13, 55:19, 56:8, 57:6, 57:14, 58:11, 59:4, 59:19, 59:21, 59:24, 59:25, 60:7, 65:8, 65:13, 66:3, 67:23, 68:18, 69:10, 69:16, 70:2, 70:24, 71:17
**ignored** [1] - 46:11
**immaterial** [1] - 41:9
**implied** [3] - 72:19, 72:24, 73:2
**important** [5] - 26:2, 28:10, 43:19, 44:18, 60:4
**impose** [1] - 73:3
**in** [243] - 5:2, 5:15, 5:16, 5:18, 6:6, 6:10, 6:15, 6:21, 7:2, 7:3, 7:5, 7:6, 7:11, 7:16, 7:17, 7:18, 7:24,

8:21, 8:23, 9:1, 9:3, 9:8, 10:4, 12:16, 13:9, 13:10, 14:1, 14:7, 14:12, 15:9, 15:10, 15:19, 16:5, 17:5, 17:8, 17:15, 17:17, 17:18, 17:21, 17:22, 17:24, 18:1, 18:8, 18:9, 18:12, 18:23, 19:1, 19:19, 19:21, 19:25, 20:1, 20:11, 20:13, 20:17, 20:23, 21:1, 21:2, 21:4, 21:11, 21:16, 21:17, 21:22, 21:23, 22:15, 23:4, 23:9, 23:11, 23:12, 24:12, 24:24, 24:25, 25:2, 25:14, 25:20, 25:21, 26:4, 26:8, 26:14, 26:25, 27:8, 27:11, 27:18, 27:21, 28:9, 28:14, 28:15, 28:19, 28:21, 29:1, 29:2, 29:5, 29:15, 30:3, 30:15, 31:1, 31:10, 31:15, 31:22, 31:25, 32:20, 32:23, 33:1, 33:2, 33:3, 33:21, 34:5, 34:6, 34:13, 34:14, 34:22, 34:23, 35:3, 36:7, 36:10, 37:7, 37:11, 37:14, 38:15, 38:18, 38:20, 39:19, 39:21, 39:24, 39:25, 40:11, 40:16, 41:4, 41:5, 41:19, 42:1, 42:6, 42:11, 43:1, 43:12, 44:4, 44:10, 44:15, 45:12, 45:15, 45:19, 46:20, 46:24, 47:1, 47:12, 47:24, 48:5, 48:11, 48:16, 49:2, 49:7, 49:19, 50:3, 50:4, 50:13, 50:21, 50:24, 51:7, 51:19, 51:23, 53:4, 53:6, 53:13, 54:15, 55:10, 55:16, 55:20, 56:14, 56:18, 56:19, 56:22, 57:5, 57:10, 57:17, 58:3, 58:20, 58:21, 58:23, 60:1, 61:7, 61:9, 61:18, 61:21, 61:22, 61:25, 62:6, 62:7, 62:24, 63:2, 63:5, 63:21, 63:23, 64:4, 64:6, 64:8, 64:24, 65:16, 65:21, 66:8, 66:12, 66:14, 66:17, 67:3,

67:6, 67:7, 67:12, 67:15, 67:16, 67:21, 67:23, 67:24, 68:13, 69:2, 69:8, 69:11, 69:13, 69:17, 70:2, 70:6, 70:9, 70:14, 70:16, 70:18, 70:25, 71:5, 71:12, 71:13, 71:23, 72:4, 72:19, 72:20, 72:24, 73:9, 75:16
**IN** [3] - 1:1, 2:7, 75:17
**inappropriate** [1] - 15:22
**Inc** [2] - 34:11, 72:20
**incident** [1] - 37:12
**include** [1] - 69:23
**included** [1] - 55:19
**includes** [1] - 21:21, 70:8
**income** [1] - 6:7
**incorrect** [7] - 19:8, 19:17, 20:20, 21:12, 65:10, 66:4, 66:5
**incorrectly** [5] - 19:9, 19:18, 20:21, 21:13, 65:11
**increase** [1] - 7:25
**incur** [3] - 7:20, 59:21, 59:23
**incurring** [4] - 29:13, 58:15, 59:18, 68:8
**incurs** [2] - 15:13, 15:14
**Indian** [1] - 2:7
**Indianapolis** [1] - 2:7
**indicates** [1] - 35:6
**indirectly** [1] - 75:21
**individuals** [1] - 6:7
**inexpensive** [1] - 26:5
**inferences** [4] - 40:11, 40:13, 40:18, 64:1
**information** [3] - 13:9, 13:10, 46:6
**initial** [4] - 7:14, 9:8, 9:11, 47:17
**initiate** [1] - 26:10
**initiated** [1] - 35:21
**inquiry** [2] - 69:5, 69:9
**instance** [1] - 53:7
**instead** [2] - 17:24, 20:15
**institution** [2] - 5:1, 25:6
**instruction** [1] - 46:12
**insufficient** [14] - 14:22, 16:7, 16:15, 20:5, 28:1, 32:17, 35:11, 37:12, 37:16, 38:4, 42:11, 47:10,

47:19, 50:9
**insurance** [1] - 13:6
**integral** [1] - 5:13
**intentional** [3] - 50:13, 50:15
**intentionally** [3] - 6:5, 7:24, 8:25
**interchangeably** [1] - 73:1
**interested** [1] - 75:15
**interpretation** [8] - 43:23, 51:8, 68:12, 68:13, 69:6, 69:10, 72:1, 72:2
**interpretation"** [1] - 69:8
**interpreting** [1] - 60:24
**interrogatories** [2] - 41:13, 54:19
**into** [7] - 4:22, 5:17, 15:13, 24:19, 27:9, 38:11, 56:2
**introduce** [1] - 4:19
**investigate** [1] - 24:9
**involved** [1] - 50:24
**irrelevant** [1] - 53:19
**issue** [11] - 10:11, 22:2, 22:15, 31:20, 44:6, 54:6, 54:9, 57:23, 60:12, 66:24
**issued** [1] - 30:23
**issues** [2] - 52:8
**item** [212] - 9:21, 10:15, 10:24, 11:2, 11:22, 12:9, 12:15, 12:19, 14:6, 14:10, 14:11, 14:14, 14:15, 15:1, 15:4, 15:14, 16:8, 16:13, 16:14, 16:15, 16:16, 16:25, 17:10, 17:11, 18:2, 20:4, 27:12, 27:13, 27:17, 27:19, 27:20, 28:1, 28:3, 28:4, 28:7, 28:8, 28:12, 28:13, 29:5, 29:7, 29:8, 29:18, 29:19, 29:21, 29:25, 30:2, 30:5, 30:9, 30:12, 30:13, 31:14, 31:23, 32:3, 32:11, 33:4, 33:8, 33:9, 33:15, 33:19, 33:20, 33:22, 33:24, 33:25, 34:24, 35:3, 35:7, 35:8, 35:9, 35:11, 35:15, 35:16, 35:19, 35:21, 36:2, 36:3, 36:4, 36:5, 36:16, 36:17,

36:20, 36:21, 36:24, 37:3, 37:5, 37:9, 37:14, 37:17, 37:18, 37:22, 37:23, 37:24, 37:25, 38:5, 38:8, 38:9, 38:10, 38:11, 38:13, 38:17, 41:17, 42:10, 42:13, 42:19, 43:10, 43:11, 43:16, 44:3, 44:5, 44:7, 44:16, 44:17, 44:23, 44:24, 44:25, 45:8, 45:13, 45:15, 45:17, 46:13, 46:15, 46:17, 46:19, 46:21, 46:25, 47:9, 47:10, 47:15, 47:17, 47:20, 48:18, 48:20, 49:3, 49:4, 49:11, 49:12, 50:8, 51:22, 52:1, 52:2, 54:9, 54:20, 56:24, 57:2, 57:6, 57:8, 57:11, 57:12, 57:15, 57:16, 57:21, 58:8, 58:9, 58:10, 58:20, 59:24, 59:25, 60:2, 60:3, 60:14, 60:21, 60:22, 61:10, 61:17, 65:16, 67:23, 67:25, 68:1, 68:15, 68:17, 68:21, 68:23, 68:24, 69:2, 69:16, 69:18, 69:22, 70:1, 70:11, 70:13, 70:24, 71:2, 71:6, 71:8, 71:12, 71:14, 71:15
**item"** [2] - 28:5, 28:16
**items** [11] - 19:21, 28:25, 37:2, 41:22, 46:19, 65:17, 65:18, 66:8, 67:20, 69:15
**Items** [3] - 67:18, 68:4, 69:13
**iteration** [1] - 55:17
**its** [7] - 15:2, 16:19, 28:2, 28:24, 43:15, 70:9, 70:18
**itself** [2] - 15:1, 26:1
**IV** [1] - 2:3

### J

**j** [1] - 2:3
**jam** [1] - 62:14
**jam-packed** [1] - 62:14
**Jennings** [2] - 2:4, 4:8
**job** [3] - 62:7, 74:3, 74:7
**JOE** [1] - 1:19

**John** [3] - 3:19, 3:24, 4:23
**joke** [1] - 40:23
**JONATHAN** [1] - 2:9
**Jonathan** [2] - 3:15, 3:16
**JR** [1] - 1:19
**Judge** [3] - 32:8, 34:12, 35:1
**judge's** [2] - 31:4, 31:6
**judgment** [2] - 45:25, 60:18
**justice** [1] - 73:3

### K

**keep** [3] - 42:8, 62:15, 64:10
**kept** [1] - 64:13
**key** [1] - 14:25
**kind** [3] - 6:1, 15:25, 30:24
**kinds** [1] - 36:6
**Klein** [1] - 70:18
**Kline** [2] - 48:13, 48:25
**known** [1] - 5:3

### L

**L** [2] - 2:4, 3:9
**labeled** [2] - 11:6, 11:8
**lake** [1] - 5:4
**LANCER** [1] - 1:5
**language** [40] - 8:22, 17:17, 18:10, 18:14, 20:15, 22:6, 23:7, 25:8, 27:10, 27:14, 28:18, 28:19, 31:9, 31:20, 31:22, 35:9, 36:6, 38:15, 38:19, 43:17, 43:22, 43:23, 44:10, 44:13, 45:17, 47:7, 47:24, 48:16, 48:21, 49:8, 51:19, 51:20, 52:3, 56:22, 57:11, 57:17, 69:9, 69:11, 70:2, 70:4
**larger** [2] - 39:24, 49:7
**last** [13] - 3:6, 5:24, 6:21, 12:13, 21:3, 33:18, 41:11, 55:15, 58:13, 59:3, 59:12, 59:15, 61:5
**later** [9] - 14:23, 15:9, 16:11, 27:23, 32:18, 37:4, 37:11, 52:13, 73:10
**law** [10] - 23:4, 28:25, 40:9, 49:16, 60:18,

67:20, 72:17, 72:19, 72:24, 73:3
**lawsuit** [1] - 7:14
**lawyers** [1] - 50:19
**LCR** [1] - 75:20
**Lea** [1] - 75:4
**LEA** [2] - 1:23, 75:20
**least** [2] - 32:23, 35:2
**leave** [2] - 12:2, 24:20
**Lebanon** [2] - 5:2, 5:18
**ledger** [1] - 8:14
**left** [1] - 30:10
**left-hand** [1] - 30:10
**legal** [2] - 25:11, 63:10
**less** [1] - 5:20
**letters** [2] - 56:23, 70:10
**letting** [1] - 59:11
**level** [2] - 7:15, 57:14
**leverage** [2] - 24:16, 24:17
**liability** [1] - 25:24
**liable** [4] - 23:21, 24:5, 24:8
**liberally** [1] - 63:24
**life** [1] - 25:14
**lifelong** [1] - 4:23
**limitation** [13] - 19:23, 19:25, 21:3, 21:5, 21:6, 21:7, 21:8, 22:16, 23:19, 24:1, 36:1, 66:10, 66:11
**limitations** [1] - 50:6
**limited** [7] - 20:16, 20:22, 21:10, 52:8, 54:14, 54:15, 54:18
**limiting** [1] - 28:7
**line** [1] - 14:16
**linked** [3] - 41:20, 41:22, 43:2
**list** [1] - 51:25
**litigate** [1] - 43:8
**litigating** [1] - 51:17
**litigation** [2] - 6:20, 8:19
**live** [1] - 18:7
**LLP** [1] - 2:6
**logical** [2] - 33:5, 37:1
**longer** [1] - 11:11
**look** [33] - 15:8, 16:3, 18:14, 19:14, 20:17, 20:23, 21:3, 25:3, 25:10, 27:6, 27:13, 27:21, 28:15, 28:21, 29:25, 30:6, 30:20, 31:10, 31:19, 34:7, 35:2, 35:25, 36:2, 37:20, 38:3, 39:18, 44:11, 51:18, 57:10,

58:7, 58:11, 58:13, 69:9
**looked** [5] - 11:10, 20:11, 37:8, 43:18, 49:23
**looking** [8] - 33:12, 37:14, 42:15, 47:25, 71:10, 71:18, 71:23
**looks** [1] - 14:1
**loss** [4] - 19:22, 65:15, 65:16, 66:9
**lost** [1] - 48:11
**loves** [1] - 43:15
**low** [6] - 6:7, 7:18, 7:19
**Lucas** [1] - 50:19
**LYNN** [1] - 2:6
**Lynn** [1] - 4:9

### M

**M** [1] - 3:9
**M-U-L-Q-U-E-E-N** [1] - 3:9
**Madison** [1] - 2:14
**magistrate's** [1] - 31:4
**maintain** [1] - 6:15
**maintained** [1] - 66:12
**maintaining** [1] - 5:11
**majority** [1] - 41:7
**makes** [6] - 17:11, 22:19, 34:6, 51:20, 59:20, 70:5
**Malad** [2] - 2:6, 4:9
**man** [1] - 50:24
**management** [1] - 68:7
**mandate** [1] - 64:5
**manipulative** [1] - 6:5
**manner** [2] - 7:3, 7:19
**Mark** [1] - 5:19
**market** [1] - 25:3
**marketplace** [1] - 24:24
**material** [1] - 63:20
**Matt** [1] - 3:3
**matter** [11] - 22:20, 22:21, 23:8, 24:7, 34:10, 38:9, 52:6, 57:13, 60:18, 61:18, 68:16
**MATTHEW** [1] - 2:13
**maximum** [1] - 9:1
**McDearman** [4] - 3:19, 3:24, 4:20, 4:25
**mean** [5] - 21:14, 21:18, 38:22, 45:1, 56:25
**means** [6] - 25:16, 35:21, 37:19, 61:20,

71:20, 71:21
**meant** [1] - 25:13
**meet** [3] - 41:3, 43:7, 52:15
**member** [1] - 47:25
**members** [1] - 43:16
**Memphis** [3] - 2:15, 3:3, 5:16
**mentioned** [4] - 53:3, 53:22, 56:17, 58:7
**merchant** [21] - 12:19, 13:3, 13:21, 13:25, 14:6, 14:10, 14:14, 14:15, 14:21, 14:24, 15:4, 15:5, 15:7, 16:20, 16:25, 35:8, 35:23, 35:24, 68:16, 68:23, 68:24
**merchant's** [2] - 13:7, 13:15
**Merchants** [1] - 47:16
**meruit** [2] - 72:19, 72:25
**message** [1] - 12:3
**met** [3] - 41:19, 41:21, 44:1
**Middle** [1] - 25:3
**might** [2] - 64:11, 72:16
**millions** [1] - 7:5
**mind** [2] - 33:12, 41:5
**minutes** [2] - 5:21, 39:10
**missing** [6] - 19:8, 19:18, 20:20, 21:13, 65:11, 66:5
**misunderstood** [1] - 55:4
**Mitchell** [1] - 34:10
**model** [1] - 62:4
**moment** [2] - 20:7, 24:10
**money** [8] - 7:11, 7:12, 13:23, 14:1, 14:2, 15:10, 37:10
**month** [3] - 13:5, 13:18, 62:13
**monthly** [1] - 16:23
**months** [4] - 5:18, 5:25, 62:13, 62:17
**more** [13] - 4:17, 7:20, 23:24, 24:22, 45:24, 54:20, 55:22, 55:23, 65:25, 67:15, 68:15, 69:13, 69:21
**morning** [5] - 3:2, 3:14, 3:17, 4:15, 39:9
**Morris** [2] - 30:20, 31:1

**mortgage** [1] - 46:15
**most** [2] - 13:1, 14:12
**motion** [20] - 10:7, 30:23, 31:7, 40:8, 40:25, 41:1, 44:2, 49:17, 55:10, 63:2, 63:4, 63:9, 63:12, 63:19, 63:23, 64:2, 72:6, 72:13, 73:14, 74:10
**motions** [1] - 39:12
**move** [5] - 26:20, 34:25, 42:6, 52:4, 52:11
**moving** [2] - 42:8, 62:15
**mR** [1] - 74:14
**Mr** [50] - 4:6, 4:19, 4:20, 4:24, 6:7, 9:11, 9:14, 10:25, 11:2, 14:19, 15:3, 15:10, 15:21, 16:4, 16:20, 16:23, 18:7, 18:22, 20:2, 21:23, 23:7, 23:10, 24:24, 25:12, 26:11, 26:13, 37:6, 42:4, 44:18, 44:22, 46:2, 50:19, 52:21, 53:3, 53:12, 53:22, 54:6, 54:7, 54:25, 55:13, 56:1, 57:19, 58:7, 59:2, 59:12, 61:3, 64:25, 71:15, 71:19
**MR** [80] - 3:2, 3:8, 3:11, 3:14, 3:15, 3:17, 3:18, 3:24, 4:2, 4:7, 4:13, 4:18, 5:8, 6:24, 8:17, 9:25, 10:3, 10:10, 10:13, 11:7, 11:12, 11:17, 11:21, 12:2, 12:8, 12:11, 13:13, 15:20, 16:2, 17:4, 18:18, 19:12, 21:2, 24:1, 26:24, 33:13, 33:17, 34:17, 34:20, 34:22, 35:24, 37:1, 39:1, 39:4, 39:9, 39:15, 39:18, 40:15, 40:23, 44:21, 46:9, 47:13, 48:9, 48:14, 48:25, 52:19, 52:22, 53:2, 54:2, 54:5, 54:18, 54:23, 55:2, 55:6, 55:12, 55:25, 56:5, 56:8, 56:21, 58:2, 58:5, 59:4, 59:8, 59:13, 61:4, 61:12, 61:15, 73:23, 73:25, 74:15
**Ms** [1] - 4:9
**MULQUEEEN** [1] - 12:11
**MULQUEEN** [59] - 2:13, 3:2, 3:8, 3:11, 3:15, 3:18, 3:24, 4:2, 4:13, 4:18, 5:8, 6:24, 8:17, 9:25, 10:3, 10:10, 10:13, 11:7, 11:17, 11:21, 12:8, 13:13, 16:2, 17:4, 18:18, 19:12, 21:2, 24:1, 26:24, 33:13, 33:17, 34:17, 34:20, 34:22, 35:24, 37:1, 39:1, 39:4, 52:22, 53:2, 54:2, 54:5, 54:18, 54:23, 55:2, 55:6, 55:12, 55:25, 56:5, 56:8, 56:21, 58:2, 58:5, 59:8, 61:4, 61:12, 61:15, 73:25, 74:15
**Mulqueen** [12] - 3:3, 3:8, 15:21, 42:4, 44:18, 44:22, 46:2, 50:19, 52:21, 59:2, 59:12, 61:3
**multiple** [26] - 9:21, 10:15, 28:3, 32:15, 34:24, 41:18, 44:17, 44:24, 46:19, 47:9, 47:17, 48:17, 48:19, 51:21, 52:2, 58:12, 58:16, 59:19, 59:21, 68:20, 68:21, 69:3, 70:10, 70:12
**must** [4] - 19:5, 63:24, 65:7, 65:12
**my** [15] - 5:4, 5:19, 11:15, 16:22, 23:16, 62:5, 62:23, 63:16, 64:9, 64:10, 69:5, 69:20, 75:10, 75:17

## N

**N** [2] - 3:1, 3:9
**name** [1] - 3:7
**NASHVILLE** [1] - 1:2
**Nashville** [5] - 1:24, 2:5, 2:12, 63:5, 64:7
**national** [1] - 6:13
**nature** [1] - 8:21
**need** [6] - 17:21, 18:6, 26:24, 34:3, 41:20, 69:16
**needs** [1] - 46:11
**negative** [5] - 8:13,

74:15
**negligence** [2] - 24:5, 25:24
**neighborhood** [1] - 5:12
**Netflix** [1] - 13:5
**network** [4] - 12:25, 13:11, 13:22
**never** [3] - 9:14, 23:20, 40:24
**new** [8] - 8:7, 10:15, 37:15, 45:5, 46:25, 59:6, 59:9, 59:14
**New** [1] - 5:15
**next** [5] - 13:18, 44:15, 58:23, 60:4, 69:5
**night** [2] - 7:7, 7:13
**nightly** [1] - 7:7
**Nine** [1] - 31:11
**nobody** [1] - 4:17
**noise** [1] - 15:15
**non** [1] - 31:23
**non-sufficient** [1] - 31:23
**none** [1] - 52:18
**nonsuit** [1] - 12:1
**North** [1] - 1:24
**note** [2] - 29:15, 30:11
**noted** [1] - 23:3
**notes** [1] - 11:15
**nothing** [8] - 29:15, 29:16, 29:18, 30:3, 51:6, 57:1, 73:23, 73:25
**notice** [20] - 20:12, 22:2, 23:22, 23:25, 24:7, 26:11, 26:13, 27:1, 27:2, 31:24, 32:7, 47:21, 49:11, 49:22, 49:25, 50:6, 54:5, 54:8, 56:10, 56:13
**notified** [1] - 21:25
**notify** [6] - 18:8, 18:11, 24:2, 24:8, 24:9, 65:12
**November** [2] - 16:6, 16:11
**nowhere** [1] - 45:12
**NSF** [34] - 29:8, 31:17, 31:23, 32:3, 32:8, 32:11, 32:15, 33:18, 38:17, 44:8, 44:12, 44:14, 44:15, 45:14, 45:18, 45:19, 49:1, 49:12, 51:24, 51:25, 52:2, 56:23, 56:25, 57:8, 57:9, 60:3, 60:6, 60:7, 60:8,

60:10, 60:21, 68:2, 71:20, 71:22
**NSF)** [5] - 27:20, 29:8, 44:7, 68:1, 70:1
**NSF/overdraft** [2] - 70:20, 71:5
**NSFs** [1] - 54:9
**number** [7] - 7:25, 8:1, 29:3, 48:14, 49:2, 67:23, 71:6
**numerical** [1] - 32:1
**numerically** [1] - 32:24

## O

**O** [2] - 3:1
**Oakley** [3] - 3:20, 4:2, 4:20
**objective** [1] - 25:14
**objectively** [1] - 38:2
**obligations** [1] - 73:2
**observation** [1] - 69:20
**obviously** [1] - 20:6
**Obviously** [1] - 56:18
**occasions** [2] - 14:20, 69:3
**occurs** [1] - 15:11
**October** [2] - 18:23, 75:18
**OD** [2] - 31:18, 32:15
**OF** [1] - 1:18
**offer** [1] - 24:20
**offered** [1] - 9:15
**office** [1] - 3:3
**officer** [1] - 3:21
**offices** [1] - 5:13
**often** [1] - 13:7
**old** [1] - 40:23
**on** [104] - 1:5, 5:6, 5:9, 6:10, 6:14, 7:2, 8:22, 8:23, 10:7, 10:11, 10:17, 10:23, 11:1, 12:14, 13:3, 13:7, 13:19, 14:20, 15:1, 15:18, 16:5, 16:11, 16:17, 16:19, 16:24, 18:13, 19:10, 19:21, 20:12, 22:1, 24:20, 26:19, 27:1, 27:14, 28:7, 28:8, 28:22, 29:1, 29:4, 29:24, 30:10, 30:23, 31:6, 31:10, 32:17, 32:18, 33:11, 36:15, 37:2, 37:4, 37:21, 38:16, 38:23, 40:8, 40:17, 41:17, 41:18, 42:13, 42:16, 42:18, 42:20,

43:6, 44:7, 44:12, 44:24, 46:1, 46:16, 47:10, 47:21, 49:10, 49:25, 50:6, 50:7, 51:2, 51:14, 52:1, 52:7, 53:14, 53:16, 53:20, 54:5, 54:8, 54:20, 56:12, 56:22, 59:25, 62:10, 62:23, 65:17, 65:21, 66:8, 67:1, 67:21, 68:15, 68:25, 69:3, 69:7, 71:17, 73:2, 74:5, 74:10
**once** [3] - 7:13, 13:16, 42:5
**One** [3] - 2:7, 10:20, 11:11
**one** [53] - 5:10, 6:21, 8:10, 8:12, 10:2, 10:22, 15:25, 17:11, 17:20, 23:24, 25:23, 27:12, 27:21, 28:14, 29:4, 31:17, 34:4, 34:7, 37:4, 39:16, 39:22, 41:13, 41:16, 41:18, 42:16, 43:12, 43:14, 43:24, 43:25, 48:4, 48:10, 50:9, 50:10, 50:18, 51:18, 52:12, 52:14, 54:19, 54:20, 55:22, 55:23, 58:10, 58:17, 58:19, 58:22, 60:14, 61:16, 62:13, 64:22, 68:15, 70:20, 71:11
**one-page** [1] - 71:11
**ones** [2] - 41:18, 48:3
**online** [3] - 37:8, 70:9, 70:19
**operating** [1] - 3:21
**opinion** [6] - 62:9, 62:19, 63:7, 63:8, 71:25, 72:22
**opportunity** [2] - 9:16, 13:8
**option** [2] - 14:5, 24:23
**or** [111] - 6:5, 6:9, 6:21, 8:14, 9:5, 13:5, 13:6, 13:9, 13:23, 14:2, 14:8, 14:11, 15:12, 15:24, 16:23, 18:2, 19:8, 19:18, 19:20, 20:20, 21:13, 21:16, 24:15, 24:20, 26:17, 27:12, 27:19, 29:7, 29:12, 29:22, 31:17, 31:18, 31:24, 32:4, 32:5, 32:11,

8

32:13, 32:15, 35:21, 37:23, 38:23, 39:11, 39:12, 39:22, 41:8, 41:18, 44:7, 45:2, 45:18, 46:16, 47:10, 47:17, 49:1, 49:3, 49:4, 49:5, 49:10, 50:8, 50:12, 51:17, 52:2, 52:14, 53:18, 54:9, 55:7, 57:7, 57:20, 58:14, 59:17, 60:2, 61:25, 62:17, 63:12, 65:9, 65:11, 65:18, 65:23, 66:5, 66:7, 66:22, 67:21, 68:1, 68:8, 69:1, 69:6, 69:24, 69:25, 70:21, 70:25, 71:1, 71:2, 71:7, 71:8, 71:9, 71:19, 71:20, 71:21, 75:13, 75:14, 75:15

**Order** [3] - 67:18, 68:4, 69:13

**order** [18] - 6:6, 6:15, 7:3, 7:18, 7:24, 9:1, 17:21, 28:24, 29:1, 29:3, 31:5, 31:6, 35:1, 62:5, 62:10, 67:21, 67:23, 69:14

**ordering** [1] - 8:25

**orderly** [1] - 42:7

**others** [1] - 38:25

**otherwise** [4] - 7:21, 26:10, 26:17, 60:19

**outside** [4] - 45:24, 51:7, 51:14, 55:9

**overall** [1] - 6:19

**overdraft** [40] - 6:20, 6:22, 7:21, 7:25, 8:8, 8:11, 8:19, 9:2, 9:4, 12:14, 12:17, 14:6, 14:12, 15:12, 15:13, 27:19, 29:7, 29:8, 29:22, 31:24, 32:4, 32:11, 38:11, 38:12, 38:13, 44:6, 44:8, 45:14, 45:18, 49:1, 50:8, 51:24, 57:7, 60:7, 60:8, 68:1, 68:2, 69:19, 69:23

**overdrawn** [2] - 70:24

**override** [1] - 26:9

**overrule** [1] - 51:9

**own** [2] - 15:2, 16:19

---

## P

**P** [2] - 1:19, 3:1

**P.C** [2] - 2:10, 2:13

---

**packed** [1] - 62:14

**page** [5] - 19:2, 31:19, 32:9, 67:13, 71:11

**Page** [3] - 31:11, 63:8, 72:22

**pages** [1] - 67:12

**paid** [3] - 15:13, 46:16, 70:24

**paint** [1] - 6:18

**paints** [2] - 39:19, 40:4

**papers** [3] - 48:11, 67:7, 67:16

**Paragraph** [13] - 16:5, 16:10, 27:15, 27:24, 28:9, 31:11, 32:9, 46:12, 48:13, 48:16, 48:23, 61:12, 70:7

**paragraph** [22] - 19:15, 19:25, 20:1, 20:17, 20:18, 20:23, 20:24, 21:4, 21:5, 46:20, 51:23, 66:1, 66:12, 66:15, 67:14, 67:17, 67:19, 68:4, 69:12, 69:14, 70:18

**Paragraphs** [1] - 70:7

**paragraphs** [2] - 20:11, 27:23

**paramour's** [1] - 51:2

**park** [1] - 15:18

**Parks** [1] - 2:4

**part** [13] - 5:13, 54:11, 55:2, 55:5, 56:3, 56:5, 63:16, 64:19, 64:21, 65:25, 69:19, 69:24, 72:10

**particular** [2] - 36:23, 54:9

**particularly** [2] - 62:13, 74:5

**parties** [6] - 24:15, 30:22, 31:4, 67:17, 73:4, 75:14

**partner** [1] - 5:19

**party** [1] - 25:23

**Paschall's** [1] - 72:20

**pass** [1] - 31:3

**patient** [1] - 62:23

**pay** [38] - 13:4, 14:2, 14:5, 14:6, 14:9, 14:11, 15:11, 27:18, 27:19, 28:25, 29:1, 29:6, 29:7, 29:21, 37:23, 42:11, 44:4, 44:5, 47:23, 49:4, 49:5, 57:7, 60:2, 65:15, 67:20, 67:22, 67:25, 68:23, 69:2, 69:18, 70:25, 71:2,

---

71:8, 71:9

**payees** [1] - 47:16

**paying** [4] - 38:11, 38:12, 69:22, 69:24

**Payment** [3] - 67:18, 68:4, 69:12

**payment** [34] - 12:24, 13:3, 13:6, 13:17, 13:19, 13:23, 16:23, 16:25, 19:8, 19:17, 20:20, 21:12, 28:24, 31:19, 36:3, 46:13, 47:17, 48:19, 49:4, 49:5, 65:11, 66:4, 68:17, 69:4, 69:14, 70:12, 70:21, 70:22, 70:23, 71:4, 71:7, 71:9

**payments** [2] - 32:5, 32:12

**people** [3] - 5:21, 6:10, 40:2

**per** [24] - 13:5, 17:10, 18:2, 27:12, 27:13, 29:19, 30:5, 30:12, 31:18, 33:20, 35:7, 35:9, 35:11, 35:15, 35:16, 35:19, 35:21, 36:2, 36:3, 36:4, 38:17, 58:19, 58:20

**performance** [2] - 22:21, 23:4

**performing** [1] - 23:12

**period** [1] - 42:3

**permit** [2] - 15:16, 28:2

**permits** [3] - 15:17, 28:25, 67:20

**person** [1] - 41:21

**phrase** [2] - 28:5, 29:25

**picture** [3] - 6:18, 39:20, 40:4

**place** [3] - 13:1, 61:6, 75:11

**plainly** [1] - 21:21

**plaintiff** [7] - 31:14, 34:23, 35:2, 35:21, 64:1, 64:3, 64:5

**Plaintiff** [22] - 1:9, 9:24, 16:8, 16:12, 16:16, 17:11, 22:15, 25:19, 26:3, 27:4, 53:6, 53:25, 64:17, 66:21, 66:24, 67:9, 68:10, 68:22, 69:1, 69:7, 70:16, 74:11

**PLAINTIFF** [1] - 2:3

**Plaintiff's** [6] - 17:6, 68:13, 68:18, 71:25,

---

72:5, 72:8

**plaintiff's** [2] - 23:1, 63:11

**plaintiffs** [2] - 8:2, 35:18

**Plaintiffs** [8] - 9:5, 10:5, 10:17, 36:19, 37:24, 40:12, 40:19, 73:24

**Plaintiffs'** [2] - 9:15, 37:18

**planning** [1] - 4:20

**play** [1] - 24:19

**played** [1] - 8:1

**plea** [1] - 73:7

**pleading** [1] - 73:7

**pleadings** [5] - 45:24, 48:6, 51:14, 63:13, 63:15

**pleasure** [2] - 3:4, 5:24

**PLLC** [1] - 2:4

**plural** [7] - 58:4, 59:17, 59:18, 59:22, 59:23, 61:7, 71:13

**point** [16] - 14:16, 15:9, 26:14, 39:15, 42:12, 43:19, 47:4, 50:25, 54:10, 56:23, 57:3, 57:17, 58:6, 61:5, 61:8

**pointed** [6] - 9:14, 50:18, 64:23, 64:25, 71:15, 71:18

**pointing** [1] - 44:13

**points** [1] - 53:2

**policy** [9] - 22:7, 22:8, 23:15, 25:17, 25:21, 26:2, 26:3, 26:4, 26:8

**portion** [2] - 64:16, 64:21, 65:3, 65:4, 65:24, 66:1, 66:17, 68:12, 68:14, 69:14, 69:21, 72:21

**position** [4] - 36:13, 36:14, 40:16, 68:18

**positive** [5] - 8:13, 9:6, 10:14, 10:19, 34:13

**possibly** [1] - 25:12

**posting** [5] - 7:15, 7:20, 8:5, 8:6, 70:23

**potentially** [1] - 38:16

**practical** [1] - 52:6

**practice** [5] - 7:16, 12:16, 41:4, 62:8, 68:6

**precedence** [1] - 25:20

---

**precedes** [1] - 21:17

**preceding** [1] - 21:10

**preexisting** [1] - 27:8

**preliminary** [1] - 18:5

**premised** [1] - 68:25

**prepared** [2] - 10:1, 62:11

**present** [6] - 14:15, 14:16, 14:17, 47:16, 50:23, 68:16

**presentation** [4] - 13:25, 36:22, 58:1, 74:4

**presentations** [1] - 68:21

**presented** [33] - 13:8, 14:21, 17:14, 27:17, 29:5, 29:20, 33:15, 33:24, 33:25, 34:1, 36:16, 36:18, 37:2, 37:4, 37:5, 37:22, 37:25, 42:9, 42:17, 42:18, 44:3, 46:24, 51:13, 51:15, 57:6, 59:14, 60:1, 60:5, 60:20, 67:24, 68:24, 69:3, 69:17

**presenting** [2] - 16:25, 57:24

**presentment** [3] - 47:15, 47:18, 47:19

**president** [2] - 3:20, 3:25

**PRESIDING** [1] - 1:19

**presuming** [1] - 63:24

**pretty** [4] - 21:14, 25:13, 26:13, 36:15

**prevail** [1] - 60:16

**previously** [2] - 31:2, 71:24

**price** [1] - 51:6

**primarily** [2] - 8:23, 12:20

**primary** [1] - 53:7

**private** [1] - 62:7

**proceed** [1] - 40:19

**PROCEEDINGS** [1] - 1:18

**proceedings** [2] - 62:21, 74:16

**process** [7] - 7:8, 15:2, 15:11, 17:2, 32:6, 37:13, 42:6

**processed** [2] - 16:14, 17:14

**processer** [1] - 13:14

**processing** [3] - 7:8, 35:22, 38:7

**produced** [3] - 54:15, 54:24, 55:3, 55:5,

55:7
**product** [5] - 9:12, 29:9, 44:8, 60:9, 60:10
**product/fee** [1] - 68:3
**proffered** [1] - 43:24
**prohibited** [3] - 20:3, 20:8, 22:3
**prohibits** [1] - 20:6
**promise** [18] - 17:18, 17:22, 17:23, 18:1, 18:8, 29:17, 30:14, 31:17, 36:10, 36:11, 38:20, 53:9, 53:11, 61:8, 61:19, 61:21, 68:20
**promised** [7] - 17:9, 27:10, 27:11, 33:19, 34:4, 58:19, 61:16
**promises** [3] - 32:11, 32:23, 68:14
**promptly** [1] - 65:12
**promptness** [2] - 19:6, 65:8
**prong** [3] - 24:12, 24:14, 25:19
**proof** [1] - 63:11
**prove** [7] - 17:21, 40:17, 48:1, 53:3, 61:17, 64:3, 65:15
**provided** [5] - 31:2, 49:2, 53:24, 53:25, 71:5
**provision** [19] - 19:5, 19:13, 20:22, 21:24, 22:23, 23:14, 24:7, 25:10, 26:11, 26:13, 26:16, 26:17, 27:1, 27:2, 32:14, 49:22, 51:4, 56:10, 56:13
**provisions** [5] - 50:6, 50:11, 53:13, 71:24, 72:1
**public** [5] - 25:17, 25:21, 26:2, 26:3, 26:8
**pull** [2] - 31:24, 34:2
**pulled** [2] - 33:4, 55:8
**pulling** [5] - 29:24, 31:21, 32:7, 33:9, 33:17
**purchase** [2] - 57:20
**pursue** [1] - 10:11
**pursuing** [1] - 9:24
**put** [6] - 13:9, 13:10, 22:1, 49:24, 54:8, 60:15
**puts** [2] - 47:20, 49:10

## Q

**Q** [1] - 3:9
**quantum** [2] - 72:19, 72:24
**quasi** [2] - 72:18, 72:24
**questions** [5] - 26:19, 26:22, 39:6, 52:17, 73:21
**quick** [1] - 16:2
**quote** [3] - 22:25, 63:18, 69:15
**quoting** [4] - 28:4, 28:5, 28:13, 35:9

## R

**R** [2] - 3:1
**raise** [1] - 6:1
**rather** [1] - 9:6
**read** [8] - 8:8, 8:20, 25:18, 41:15, 48:15, 56:25, 67:18, 68:5
**reading** [3] - 12:4, 38:2, 66:13
**reads** [1] - 67:19
**ready** [2] - 4:12, 52:11
**real** [1] - 57:22
**realize** [1] - 54:3
**realized** [1] - 37:9
**really** [21] - 5:23, 8:11, 17:5, 17:7, 19:14, 20:22, 22:5, 27:5, 38:22, 46:5, 58:18, 62:7, 64:9, 64:23, 67:4, 67:5, 69:19, 72:10, 74:4, 74:6, 74:9
**reason** [4] - 23:14, 41:2, 71:3, 73:11
**reasonable** [14] - 19:6, 25:15, 38:2, 40:11, 40:13, 40:18, 43:23, 49:24, 57:13, 64:1, 65:8, 69:8, 69:11, 72:2
**reasonably** [2] - 56:25, 65:9
**reasons** [4] - 26:12, 38:21, 41:13, 41:16
**rebuttal** [1] - 59:7
**receive** [1] - 1:16
**received** [1] - 54:8
**receives** [1] - 57:6
**receiving** [2] - 22:1, 66:22
**recollection** [1] - 41:5
**recommendation** [2] - 31:5, 31:6

**record** [7] - 49:19, 62:10, 63:3, 64:12, 64:24, 65:7, 67:19
**recorded** [1] - 75:6
**records** [2] - 29:10, 68:6
**red** [1] - 57:22
**reduced** [1] - 75:7
**reemphasizes** [1] - 57:2
**refer** [3] - 29:9, 30:7, 68:2
**reference** [3] - 8:9, 8:13, 58:12
**referenced** [2] - 67:15, 70:6
**references** [1] - 49:12
**referred** [1] - 19:2
**refers** [4] - 12:21, 33:25, 57:16, 57:18
**refute** [1] - 61:23
**regard** [5] - 19:24, 22:17, 23:19, 24:3, 66:11
**regardless** [6] - 23:22, 49:2, 49:4, 71:6, 71:8, 73:5
**rejected** [3] - 16:6, 16:14, 47:18
**related** [6] - 8:7, 8:11, 10:18, 12:17, 12:20, 52:8
**relates** [2] - 11:22, 57:23
**relating** [1] - 10:22
**relationship** [3] - 50:25, 73:4
**relationships** [2] - 6:10, 6:15
**relative** [2] - 75:12, 75:14
**relatively** [1] - 52:24
**relevant** [3] - 63:20, 65:12, 74:16
**relied** [1] - 29:4
**relief** [1] - 64:5
**relies** [2] - 6:14
**rely** [2] - 46:1, 60:23
**remain** [1] - 10:23, 73:14
**remaining** [1] - 8:12
**remains** [1] - 73:18
**remember** [3] - 10:8, 37:3, 45:11
**remembering** [1] - 13:18
**remind** [1] - 55:17
**removed** [1] - 43:9, 67:9
**reoccurring** [3] - 13:4,

13:17, 16:23
**repeated** [1] - 28:9
**repeats** [1] - 16:22
**replace** [1] - 45:4
**report** [3] - 19:16, 65:20, 66:3
**reported** [1] - 66:21
**Reporter** [1] - 75:21
**reporter** [2] - 64:13, 75:4
**represented** [2] - 35:8, 47:23
**reprocess** [3] - 16:13, 16:19, 28:1
**reprocessed** [3] - 46:13, 46:16, 46:21
**request** [3] - 12:24, 13:22, 16:12
**required** [2] - 50:1, 64:6
**requirement** [2] - 23:22, 23:25
**requirements** [2] - 26:16, 26:17
**requires** [1] - 53:9
**resolution** [1] - 63:12
**respect** [1] - 65:17
**respond** [2] - 52:24, 56:21
**response** [2] - 23:17, 23:23
**responses** [1] - 42:17
**resubmission** [2] - 48:20, 70:13
**resubmitted** [2] - 49:3, 71:7
**result** [4] - 48:20, 57:25, 58:1, 70:13
**resulting** [4] - 29:13, 58:15, 59:19, 68:9
**return** [74] - 9:21, 10:15, 10:24, 11:2, 11:22, 12:9, 12:15, 12:19, 14:9, 14:10, 15:12, 16:8, 16:16, 17:10, 27:12, 27:20, 29:7, 29:18, 29:19, 29:22, 30:2, 30:9, 30:12, 31:14, 31:23, 32:3, 32:11, 33:8, 33:24, 34:24, 35:3, 35:22, 36:4, 36:17, 36:20, 36:21, 36:23, 37:23, 38:1, 38:4, 38:5, 38:7, 38:8, 38:13, 42:12, 44:7, 44:8, 44:14, 44:16, 44:17, 44:23, 44:24, 45:13, 45:17, 47:9, 49:5, 52:2, 56:24,

57:2, 57:8, 57:11, 57:15, 57:16, 58:8, 60:3, 68:1, 69:25, 71:1, 71:8, 71:14
**Return** [1] - 57:12
**returned** [41] - 14:14, 14:22, 15:14, 17:14, 20:4, 28:1, 34:1, 35:11, 35:15, 36:16, 36:18, 37:2, 37:4, 37:5, 37:9, 41:17, 42:10, 42:19, 43:10, 43:16, 45:10, 45:15, 48:18, 48:20, 49:11, 49:12, 50:8, 51:22, 54:9, 54:20, 58:10, 58:11, 60:21, 68:15, 70:11, 70:13, 71:12, 71:14
**returning** [6] - 37:17, 38:10, 57:16, 57:18, 57:24, 58:1
**returns** [2] - 36:21, 44:17
**reverse** [3] - 49:5, 71:2, 71:9
**reversed** [2] - 40:25, 41:2
**reviewing** [3] - 25:20, 62:25, 64:8
**RI** [5] - 28:3, 28:11, 35:7, 61:9
**romantic** [1] - 50:24
**Rosa** [1] - 2:4
**Rule** [1] - 63:9
**ruling** [1] - 62:11
**run** [1] - 7:9

## S

**S** [3] - 2:13, 3:1, 71:17
**S.W.2d** [2] - 22:25, 72:21
**S.W.3d** [1] - 63:6
**satisfy** [1] - 26:16
**save** [1] - 12:3
**savings** [1] - 35:4
**saw** [7] - 10:17, 33:1, 33:6, 36:16, 42:5, 58:21, 59:15
**schedule** [13] - 13:2, 28:20, 30:6, 30:7, 32:5, 32:12, 36:1, 44:11, 44:16, 60:10, 71:12, 71:13, 71:18
**scheduled** [1] - 32:18
**schematic** [1] - 36:8
**school** [1] - 49:9
**scratch** [1] - 30:16
**Second** [1] - 1:24

**second** [19] - 9:20,
10:4, 10:6, 10:13,
15:4, 16:10, 17:14,
19:2, 19:14, 20:4,
25:7, 27:21, 28:15,
28:21, 37:25, 57:10,
67:2, 70:6, 72:5
**section** [2] - 15:21,
18:24, 20:1, 28:23,
49:2, 66:15, 71:5
**see** [31] - 5:3, 5:10,
8:9, 11:25, 14:3,
14:18, 15:9, 16:4,
16:22, 17:15, 18:23,
19:4, 20:10, 20:18,
27:2, 27:22, 28:4,
30:10, 31:12, 33:3,
35:8, 35:13, 38:18,
40:24, 41:1, 42:21,
42:25, 46:11, 60:8,
66:13, 74:6
**seeing** [1] - 52:13
**seem** [1] - 48:10
**send** [5] - 13:21, 15:4,
15:6, 19:20, 66:7
**sending** [1] - 7:12
**sends** [1] - 15:7
**sense** [6] - 33:21,
34:5, 34:6, 37:20,
59:20, 59:22
**sent** [2] - 14:24, 65:23
**sentence** [28] - 21:3,
21:11, 21:15, 21:17,
22:24, 28:14, 29:3,
29:11, 29:14, 29:15,
29:20, 29:23, 30:3,
32:20, 33:14, 33:19,
33:22, 37:21, 38:2,
44:15, 57:3, 57:10,
58:13, 59:15, 60:4,
61:5, 69:16, 69:22
**separate** [5] - 9:12,
9:13, 21:6, 37:15,
50:14
**SEPTEMBER** [1] -
1:20
**serial** [2] - 29:3, 67:23
**serve** [2] - 5:14, 52:7
**services** [2] - 26:5,
26:7
**set** [8] - 13:16, 14:4,
16:20, 40:17, 53:4,
60:19, 64:3, 75:17
**settle** [5] - 8:13, 9:6,
10:14, 10:19, 34:14
**seven** [6] - 14:20,
14:23, 15:9, 16:11,
37:4, 37:10
**seven-day** [1] - 14:20
**several** [2] - 11:10,

67:3
**short** [1] - 62:20
**shortly** [1] - 62:19
**show** [7] - 17:25,
30:17, 31:9, 44:9,
60:17, 60:19, 61:24
**showed** [1] - 54:6
**showing** [1] - 43:21
**shows** [1] - 18:11
**side** [2] - 6:8, 30:10
**sides** [1] - 74:3
**signature** [2] - 18:21,
65:18
**signatures** [7] - 19:7,
19:17, 20:19, 21:12,
65:10, 65:18, 66:4
**signed** [3] - 18:22,
22:12
**similar** [4] - 31:24,
32:4, 32:12, 70:8
**similarly** [2] - 1:6,
70:18
**simple** [2] - 17:20,
52:15
**simply** [12] - 22:2,
24:6, 26:14, 30:15,
33:23, 38:20, 53:8,
54:19, 58:25, 61:5,
61:22, 61:24
**single** [24] - 17:7,
17:10, 17:13, 18:3,
27:12, 29:18, 29:19,
30:5, 33:20, 35:6,
37:19, 38:23, 45:7,
45:8, 45:9, 46:17,
46:19, 47:10, 50:2,
50:4, 50:9, 58:23
**singular** [6] - 32:15,
44:17, 44:20, 44:21,
61:7, 71:14
**situated** [1] - 1:7
**situation** [4] - 4:15,
14:13, 51:5, 56:14
**six** [1] - 62:17
**slides** [1] - 12:19
**sloppy** [1] - 44:11
**slow** [1] - 65:6
**small** [2] - 5:16, 40:1
**so-called** [1] - 39:20
**someone** [2] - 49:9,
55:14
**sorry** [6] - 11:9, 15:15,
34:17, 55:23, 61:11,
66:13
**sort** [1] - 34:3
**sour** [1] - 51:1
**specific** [1] - 72:21
**specifically** [4] -
51:18, 67:16, 69:12,
70:6

**specified** [3] - 20:23,
21:19, 75:11
**spend** [1] - 39:1
**spending** [2] - 12:3,
52:23
**Square** [1] - 2:7
**stand** [1] - 62:18
**standard** [4] - 24:20,
41:3, 41:4, 63:4
**standardized** [1] -
12:25
**stands** [1] - 38:23
**Stanley** [3] - 34:12,
34:18, 35:1
**start** [2] - 39:10, 41:11
**started** [1] - 9:3
**starting** [3] - 31:10,
31:12, 59:16
**State** [4] - 26:9, 63:6,
75:5, 75:22
**state** [16] - 7:1, 7:2,
25:20, 27:17, 28:11,
32:22, 50:5, 53:5,
53:6, 55:22, 63:4,
72:7, 72:14, 72:16,
73:15, 74:10
**statement** [23] - 19:4,
19:5, 19:13, 19:20,
19:22, 37:8, 42:15,
42:21, 51:25, 54:7,
54:10, 54:12, 64:25,
65:8, 65:17, 65:20,
65:23, 66:7, 66:9,
66:22, 66:23, 71:20,
71:21
**statement-wise** [1] -
42:15
**statements** [13] -
18:16, 18:18, 20:14,
22:1, 41:14, 42:25,
43:6, 50:7, 55:12,
55:25, 64:24, 66:1,
66:2
**Statements** [2] -
64:22, 65:3
**States** [2] - 50:3, 50:5
**states** [10] - 32:14,
32:16, 35:10, 53:15,
63:9, 65:4, 70:8,
70:18, 72:17, 72:22
**stating** [3] - 58:25,
61:18, 64:12
**stay** [1] - 10:7
**stenographically** [1] -
75:6
**still** [4] - 46:13, 46:14,
46:17, 46:21
**stop** [1] - 36:3
**story** [1] - 8:24
**STRANCH** [21] - 2:3,

4:7, 11:12, 12:2,
15:20, 39:9, 39:15,
39:18, 40:15, 40:23,
44:21, 46:9, 47:13,
48:9, 48:14, 48:25,
52:19, 59:4, 59:13,
73:23, 74:14
**Stranch** [15] - 2:4, 4:6,
4:7, 4:8, 53:3, 53:12,
53:22, 54:6, 54:25,
55:13, 56:1, 58:7,
64:25, 71:15, 71:19
**street** [1] - 25:2
**Street** [1] - 2:11
**strength** [1] - 63:11
**stricken** [1] - 26:18
**strike** [1] - 23:14
**stuff** [1] - 42:2
**submit** [5] - 8:19,
48:18, 60:12, 60:13,
70:11
**submitted** [3] - 49:3,
70:21, 71:7
**subsequent** [1] -
47:18
**substance** [2] - 4:22,
26:20
**substantive** [1] - 18:4
**successful** [1] - 8:2
**succinctly** [1] - 64:12
**sufficiency** [1] - 63:10
**sufficient** [22] - 14:7,
14:8, 27:17, 29:5,
29:12, 31:23, 32:6,
32:14, 37:7, 37:23,
44:4, 58:14, 59:18,
59:20, 59:22, 60:1,
67:24, 68:8, 68:22,
69:1, 69:17, 71:1
**suggest** [4] - 40:1,
51:9, 57:12, 59:14
**suggestion** [1] - 47:5
**Suite** [5] - 1:24, 2:4,
2:7, 2:11, 2:14
**sum** [1] - 51:11
**summary** [1] - 45:25
**support** [1] - 64:4
**supposed** [2] - 26:4,
43:15
**Supreme** [1] - 63:6
**survive** [1] - 73:14
**survives** [2] - 72:6,
72:13
**SYE** [1] - 2:10
**Sye** [2] - 3:12, 3:13
**sympathy** [1] - 39:13
**system** [1] - 7:9

| **T** |
| --- |

**T** [1] - 3:1
**take-it-or-leave-it** [1] -
24:20
**talks** [1] - 22:14
**tea** [1] - 51:7
**tends** [1] - 7:12
**Tennessee** [13] - 1:24,
2:5, 2:12, 2:14, 2:15,
25:3, 25:22, 26:9,
40:9, 49:16, 63:7,
75:5, 75:22
**term** [5] - 21:20,
25:11, 25:14, 29:25,
71:12
**terminology** [1] - 73:1
**terms** [8] - 6:6, 18:25,
19:3, 24:24, 25:3,
25:5, 43:1, 71:3
**Terms** [3] - 28:23,
64:20, 67:14
**test** [4] - 24:12, 24:14,
25:7, 25:19
**testimony** [1] - 75:10
**THE** [80] - 1:1, 1:19,
2:3, 2:9, 3:6, 3:10,
3:13, 3:16, 3:22, 4:1,
4:4, 4:10, 4:16, 5:3,
8:16, 9:23, 10:1,
10:9, 10:12, 11:4,
11:9, 11:14, 11:19,
11:24, 12:5, 12:10,
13:12, 15:15, 15:23,
17:3, 18:16, 19:10,
21:1, 23:24, 26:22,
33:11, 33:16, 34:16,
34:18, 34:21, 35:23,
36:25, 38:24, 39:3,
39:7, 39:14, 39:17,
40:13, 40:22, 44:20,
46:3, 47:11, 48:7,
48:12, 48:23, 52:18,
52:20, 52:25, 53:23,
54:3, 54:13, 54:22,
55:1, 55:4, 55:11,
55:22, 56:4, 56:7,
56:20, 57:25, 58:3,
59:2, 59:7, 59:10,
61:3, 61:11, 61:14,
62:3, 62:22, 74:2
**theories** [5] - 8:7,
8:10, 8:17, 10:16,
72:23
**theory** [31] - 8:14,
8:15, 9:6, 9:20, 9:22,
10:3, 10:15, 10:16,
10:19, 10:22, 11:23,
11:24, 12:9, 12:13,
12:17, 12:19, 17:4,

11

17:7, 27:7, 27:8, 27:13, 28:18, 28:21, 29:4, 34:14, 34:24, 35:2, 35:17, 36:5, 38:23, 61:15
**therefore** [9] - 17:12, 22:2, 23:3, 35:20, 62:1, 65:1, 68:17, 72:4, 72:12
**thereto** [1] - 73:5
**third** [4] - 10:5, 19:14, 25:17, 33:14
**thoughts** [2] - 62:24, 64:10
**thousands** [1] - 7:4
**three** [11] - 5:20, 9:7, 10:18, 10:22, 17:6, 17:7, 20:24, 24:12, 25:19, 31:16, 56:23
**Three** [1] - 72:8
**three-prong** [2] - 24:12, 25:19
**tiny** [1] - 65:5
**Tisdale** [23] - 6:7, 9:14, 10:25, 11:2, 14:19, 15:3, 15:10, 16:4, 16:20, 16:23, 18:7, 18:22, 20:2, 21:23, 23:7, 23:10, 24:24, 25:12, 26:11, 26:13, 37:6, 54:7, 57:19
**TISDALE** [1] - 1:5
**Tisdale's** [1] - 9:11
**title** [1] - 28:24
**today** [20] - 3:5, 3:11, 5:20, 6:2, 8:12, 9:21, 12:12, 41:10, 43:18, 46:5, 52:23, 54:4, 56:12, 60:21, 62:9, 62:18, 64:23, 65:1, 69:20, 69:25
**today's** [1] - 4:22
**together** [2] - 62:24, 64:10
**token** [1] - 45:4
**tomorrow** [1] - 62:17
**TOOPS** [1] - 2:6
**Toops** [1] - 4:9
**total** [2] - 49:7, 65:22
**town** [1] - 5:17
**transaction** [11] - 7:10, 7:11, 14:20, 16:7, 16:20, 17:13, 31:18, 32:6, 37:11, 38:3, 54:21
**transactions** [14] - 7:3, 7:5, 7:9, 7:17, 9:1, 12:18, 12:21, 12:22, 12:23, 29:2,

43:6, 67:22
**transcript** [3] - 75:6, 75:9
**TRANSCRIPT** [1] - 1:18
**transfer** [1] - 31:18
**transfers** [2] - 32:5, 32:13
**treat** [1] - 46:25
**Tri** [4] - 34:11, 35:5, 52:21, 60:25
**Tri-County** [4] - 34:11, 35:5, 58:21, 60:25
**trial** [1] - 64:2
**tried** [5] - 12:2, 51:1, 57:20, 64:8, 64:10
**triggering** [1] - 57:19
**triggers** [1] - 38:10
**true** [4] - 24:4, 40:10, 63:25, 75:9
**trust** [1] - 6:14
**TRUST** [1] - 1:13
**Trust** [31] - 3:19, 4:22, 5:1, 5:6, 5:7, 6:4, 14:21, 14:24, 15:5, 15:6, 15:8, 16:13, 16:18, 17:1, 17:2, 17:9, 18:2, 18:9, 20:3, 20:9, 23:9, 23:13, 28:1, 33:8, 35:25, 64:17, 66:19, 68:11, 70:15, 71:11
**Trust's** [4] - 14:4, 27:16, 27:24, 28:11
**Trusters** [1] - 4:24
**trustworthy** [1] - 26:5
**truth** [2] - 35:4, 63:20
**try** [5] - 15:2, 26:17, 42:7, 43:8, 52:24
**trying** [7] - 27:9, 28:6, 33:4, 34:2, 40:3, 43:1, 48:10
**turn** [3] - 31:19, 32:9, 67:11
**twice** [1] - 45:7
**Two** [6] - 10:20, 10:23, 11:15, 11:18, 11:24, 72:4
**two** [20] - 5:23, 6:21, 9:7, 14:5, 14:20, 27:23, 33:18, 34:2, 39:21, 39:22, 39:23, 41:12, 42:9, 42:24, 47:23, 49:6, 54:8, 54:19, 67:12, 71:1
**two-and-a-half-billion-dollar** [2] - 42:24, 49:6
**type** [1] - 9:13
**typewritten** [1] - 75:7

**typically** [6] - 7:4, 7:7, 13:11, 13:16, 14:3, 14:4

## U

**U** [3] - 3:1, 3:9
**ultimately** [1] - 61:20
**unambiguous** [5] - 43:22, 48:2, 48:22, 60:17, 61:1
**unambiguously** [1] - 56:13
**unauthorized** [7] - 19:7, 19:16, 20:19, 21:12, 65:10, 65:18, 66:3
**unbeknownst** [1] - 16:11
**under** [7] - 18:16, 18:18, 18:24, 40:9, 49:15, 62:12, 66:2
**underline** [1] - 31:25
**understood** [1] - 25:12
**undisputed** [1] - 40:6
**unenforceable** [1] - 23:16
**unequal** [1] - 24:15
**United** [2] - 50:3, 50:5
**universe** [1] - 6:19
**unjust** [11] - 10:21, 11:3, 12:7, 12:8, 53:18, 72:15, 72:17, 72:18, 72:23, 73:9, 73:13
**unless** [2] - 52:16, 65:15
**unlike** [1] - 12:16
**unrelated** [1] - 39:11
**up** [18] - 5:15, 5:16, 6:1, 8:7, 8:18, 10:16, 13:16, 14:4, 16:20, 18:7, 18:22, 20:18, 31:3, 32:21, 35:18, 36:2, 45:2, 51:11
**uses** [1] - 12:18

## V

**v** [4] - 30:20, 63:5, 64:6, 72:20
**V** [1] - 1:11
**valid** [1] - 58:25
**Van** [1] - 34:13
**various** [1] - 73:1
**vast** [1] - 41:7
**verbal** [2] - 62:9, 62:11
**versus** [2] - 60:21, 60:22

**viable** [1] - 24:23
**violation** [3] - 9:9, 22:18, 53:17
**void** [1] - 22:23
**volition** [1] - 15:2
**voluntarily** [2] - 10:18, 16:24, 67:10

## W

**waiting** [1] - 62:23
**walk** [1] - 25:2
**walked** [1] - 5:17
**Wallace** [5] - 22:13, 22:19, 22:25, 24:18, 24:21
**wants** [2] - 31:3, 46:1
**warning** [1] - 15:23
**wave** [4] - 6:25, 8:4, 8:5, 8:18
**waving** [1] - 50:21
**we've** [1] - 30:9
**Webb** [3] - 63:5, 63:18, 64:6
**website** [3] - 5:10, 13:7, 55:8
**weekend** [1] - 12:3
**weeks** [1] - 14:18
**weight** [1] - 22:8
**welcome** [1] - 5:21
**went** [4] - 37:7, 41:19, 41:25, 51:1
**what's** [1] - 21:19
**whatsoever** [1] - 43:3
**WHEREOF** [1] - 75:17
**whole** [1] - 20:22
**why** [11] - 17:25, 30:19, 32:22, 33:3, 34:2, 34:9, 41:2, 41:14, 41:16, 41:23, 56:2
**Wilson** [39] - 3:19, 4:21, 4:23, 5:1, 5:5, 5:7, 6:4, 14:3, 14:21, 14:24, 15:5, 15:6, 15:7, 16:6, 16:12, 16:13, 16:17, 17:1, 17:8, 18:1, 18:9, 20:3, 20:9, 23:9, 23:12, 27:16, 27:24, 27:25, 28:10, 30:1, 33:8, 35:25, 41:19, 64:17, 66:18, 68:11, 70:15, 71:11
**WILSON** [1] - 1:13
**wise** [1] - 42:15
**wish** [1] - 51:16
**withdraw** [1] - 13:12
**without** [19] - 16:12, 19:24, 22:17, 23:19,

24:3, 27:17, 29:5, 29:12, 37:22, 44:3, 58:14, 59:18, 59:20, 59:22, 60:1, 66:10, 67:24, 68:8, 69:17
**witness** [1] - 75:11
**WITNESS** [1] - 75:17
**word** [10] - 31:25, 32:25, 33:6, 57:5, 57:21, 58:22, 58:23, 59:3, 59:12, 71:17
**words** [9] - 20:17, 20:24, 21:10, 28:16, 33:3, 33:18, 34:3, 35:16, 58:20
**working** [1] - 5:23
**works** [1] - 13:16
**world** [1] - 39:25
**worry** [1] - 13:18
**worst** [1] - 42:25
**write** [4] - 46:15, 47:21, 59:19, 64:8
**writing** [4] - 29:12, 58:14, 59:17, 68:7
**written** [1] - 52:7
**wrongdoer** [1] - 65:19

## X

**X** [3] - 13:4, 17:23, 17:24

## Y

**Y** [1] - 17:24
**y'all** [6] - 4:11, 62:18, 62:22, 74:5, 74:7, 74:12
**year** [1] - 52:14
**years** [5] - 4:24, 6:22, 6:24, 8:1, 52:12
**York** [1] - 5:15
**yourself** [1] - 65:15

## Z

**zoom** [1] - 19:10