**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

ERNEST YOUNG

       Plaintiff,

  v.                                           1:19-cv-00524-WES-PAS

THE WASHINGTON TRUST COMPANY,
ET AL.

       Defendants.

**<u>JUDGMENT</u>**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Judgment is hereby entered pursuant to this Court's Order of September 17, 2021.

    <u>It is so ordered</u>.

September 17, 2021        By the Court:

                                           <u>/s/ Hanorah Tyer-Witek</u>
                                           Clerk of Court